UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

GERALD JONES
          PLAINTIFF
     VS.

                                    NO. _____ 25-2017-NJR

KENNETH HALL, ANTHONY WILLS,
ERIN NICHOLSON, AMANDA CHOATE,
CARRI MORRIS, MR. DILLMAN,
MR. WILLIAMSON, MR. ETHLER,
MR. BERRY, MR. APPEL, MR. GARRETT,
MR. DAVIS, MR. KULICH, MR. REICHERT,
MR. GARCIA, JOHN DOE LIEUTENANT,
JOHN DOE FIVE GALLERY OFFICER,
JOHN DOE CONSTANT WACTH OFFICER,
CENTURION HEALTH SERVICES,
JOHN DOE PSYCHIATRIST, MR. WINE,
JOHN DOE LIEUTENANT, JOHN DOE'S
GRIEVANCE OFFICER'S, JOHN DOE
SERGEANT "A", MR. BARTHEBOTT,
MR. LYNCH,

## COMPLAINT

☒ CIVIL CAUSE OF ACTION PURSUANT TO 42 USCS § 1983

JURISDICTION STATEMENT:

JURISDICTION AUTHORITY IS BASED ON 28 USC § 1331 AND § 1367 AS
THE CLAIMS OCCURRED IN RANDOLPH COUNTY, MENARD ILLINOIS, UNITED
STATES SOUTHERN DISTRICT COURT

I

Parties To the Complaint:

Plaintiff: Gerald Jones   ID# B 13486
Address PoBox 1000 menard Illinois 62259
Defendants:

1.) Name! Kenneth Hall ___ Title Prison Officer
Address P.O. Box 1000 menard Illinois 62259, menard C.C.

2.) Name Anthony wills ___ Title warden of menard prison
Address menard CC, PoBox 1000 menard Ill. 62259

3.) Name Erin nicholson Title mental Health staff
Address menard CC PoBox 1000 menard Ill 62259

4.) Name Amanda choate Title nurse
Address menard C.C, Po Box 1000 menard Ill 62259

5.) Name Carri morris ___ Title mental Health supervisor
Address menard C.C, PoBox 1000 menard Ill 62259

6.) Name mr. williamson ___ Title sergeant officer
Address menard C.C, Po Box 1000 menard Ill. 62259

7.) Name mr. Ethler ___ Title Prison officer
Address menard CC PoBox 1000 menard Ill. 62259

8.) Name mr. Berry ___ Title sergeant
Address menard C.C, Po. Box 1000 menard Ill 62254

9.) Name mr. Appel ___ Title Prison officer
Address menard C.C, Bo. Box 1000 menard Ill. 62259

10.) Name mr. Garrett ___ Title Prison officer
Address menard C.C, Po.Box 1000 menard Ill. 62259

2

11.) NAME: MR. DAVIS         Title: Mental Health Staff
ADDRESS: Menard C.C, PO BOX 1000 Menard Ill, 62259

12.) NAME: MR. Kulich         Title: Prison Officer
ADDRESS: Menard C.C, PO BOX 1000 Menard Ill 62259

13.) NAME: Brendan Garcia         Title: Prison Officer
ADDRESS: Menard C.C, PO BOX 1000

14.) NAME: John Doe lieutenant         Title: Lieutenant, Day Shift
ADDRESS: Menard C.C, P.O. BOX 1000 Menard Ill, 62259

15.) NAME: John Doe Fire Gallery Officer         Title: Prison Officer
ADDRESS: Menard C.C, PO BOX 1000 Menard Ill, 62259

16.) NAME: John Doe constant watch officer         Title: Prison Officer
ADDRESS: Menard C.C, P.O. BOX 1000 Menard Ill 62259

17.) NAME: Centurion Health services         Title: Mental Health Services Provider
ADDRESS: Menard C.C, P.O. BOX 1000 Menard Ill, 62259

18.) NAME: John Doe Psychiatrist         Title: Tele Psych Psychiatrist
ADDRESS: Menard C.C, PO BOX 1000 Menard Ill 62259

19.) NAME: John Doe lieutenant         Title: 3/11 Shift Lieutenant
ADDRESS: Menard C.C, P.O. BOX 1000 Menard Illinois 62259

20.) NAME: John Doe Grievance officers         Title: Grievance officer's
ADDRESS: Menard C.C, PO BOX 1000 Menard Ill, 62259

NAME: MR. WINE                Title: lieutenant
ADDress: menard C.C, P.oBoX 1000 menard Illinois 62259

NAME: John Doe sergeant "A" Title: sergeant
ADDress: menard C.C, P.oBoX 1000 menard Illinois 62259

NAME: MR. BARTHLEBOLT        Title: correctional officer
ADDress: menard CC. P.oBoX 1000 menard Illinois 62259

NAME: MR. lynch              Title: lieutenant
ADDress: menard C.C, P.oBoX 1000 menard Illinois 62259

NAME: MR. Johnson    Title: correctional officer
ADDress: menard C.C. P.oBoX 1000 menard Illinois 62259

NAME: MR. Reichert           Title: ASSISTANT WARDEN
ADDress: menard C.C, P.oBoX 1000 menard Illinois 62259

4

## Factual Allegations:

1.) Plaintiff was transferred to Menard Prison on 7-30-23 for an staff assault, from Lawrance Prison.

2.) Thus as a result prison officials in Menard Prison assaulted Plaintiff in retaliation about 16 minutes after arrived in Menard, in the Infirmary Holding cage, in North Two Housing.

3.) Defendants Mr. Kulich threateningly warned Plaintiff on 7-30-23. saying "your not getting shit here at Menard, no showers, yard, nothing" your going to be dirty and hungry" for being a staff assaulter.

4.) Defendant Mr. Garcia threatenly told Defendant Mr. Kulich that " I think him and Walker in the cell together will have a good time." meaning that the inmate Mr. Walker going to sexual rap or and assault Plaintiff. And 2.) and that Defendants going to conspiredly put the Plaintiff in a cell with a inmate they know going to serious harm Plaintiff.

5.) Plaintiff filed numerous over ten grievances since 7-30-23 reporting to Defendants Mr. Wills, Mr. Reichert, Ms. Hughes, Ms. Nothnagle, and Ms. Mcclure as grievance officers and authority responsible, to resolve the issues, of how all Defendants and staff subjecting Plaintiff to the threats and harm stated by Defendants Mr. Kulich and Mr. Garcia and staff, being carried out.

5

6.) PlAiNTiFF Filed a Emergency lawsuit-iNJuNctioN iN southern District of Illinois Court, Jones V. Wills NO.23-2804-DWO, Because OF Numerous Prison STAFF threats iN menard Being carried out.

7.) Because of the lawsuit Jones V. wills Exposed the DeFeNDANTs threats to have PlAiNTiFF Killed, thus All DeFeNDANTS censpired To WAiT iN the scheme and have PlAiNTiFF killed iN the Future.

8.) EVERY siNce the lawsuit WAS DismissED Excessive oFFicers, Nurses, mental Health sTAFF, AND All DeFeNDANTS Begain AgAiN Now making more threats AND SUBJecting PlAiNTiFF to premeDitAteD cruel AND UNUSUAl PUNishment HArAssmeNT as ShowN and stated withiN this ComplAiNT.

9.) ABOUT 6-28-25, PlAiNtiFF Filed Two GrievANces reporteD To DeFeNDANTS mr. Wills, mR. ReicherT, AND GrievANces oFFicer's John Doe DeFeNDANTS that 1.) the murDereD Victims PlAiNtiFF CONVicteD For, BlooD Brother is iN meNArD Prisons AND threaten To ReVenge his Brother AND Kill me with GANg memBers iF PlAiNtiFF GO To General PopulAtioN, AND 2.) PlAiNtiFF is CONsiDereD A HomoseXUAl By the inmates Because the NicKNAme lADyBug, So inmates GoiNg To ASSAUlt PlAiNtiFF iN General PopulAtioN, Placed iN A cell with ANother iNmate.

6

10) PLAINTIFF Also Reported To thus DeFENDANTS, IN thus Grievances that NUMEROUS inmates threaten To ASSAULT AND kill PLAINTIFF iF Come To General population and Protective custody and 2.) that DeFENDANTS MR. kulich MR. Garcia and STAFF threateningly Trying To Force PLAINTIFF iN General Population scheming To have AN inmate To kill or ASSault Plaintiff on their Behalf.

11.) IN thus Grievances PLAINTIFF Requested Protection and SAFety From the threats and DeFENDANTS MR. Kulich MR. Garcia AND StAFF conspiracy To have PLAINTIFF Harmed, including a TransFer.

12) Plaintiff FIled Both Grievances under the Emergency Grievance Procedures codes.

13) The DeFENDANT MR. will and conspired JohN Doe Grievance OFFicers Turn A Blind eye To the substantial risk of Serious harm To PLAINTIFF of the schemes DeFENDANTS AN NAMED, Plotting To use HArassment, Arbitrary StriPOUTS AND threats, Disciplinary FalsiFied Reports, and other illegal TACTics, IN order To Attempt To Force PLAINTIFF To leave Disciplinary Housing AND Take the risk IN General Population and Protective Custody. — thus By Falsified the Grievance issues Are NOT Emergency issues oF PLAINTIFF Being in risk oF imminent Personal inJury or other Serious Harm.

7

14) ON 8-28-25 DEFENDANT MR. FARRAR TOLD PLAINTIFF THAT PLAINTIFF BEING MOVED TO EAST HOUSE POPULATION TODAY.

15) ON 8-28-25 DEFENDANT MR. FARRAR. TOLD PLAINTIFF that " they SAID iF you refuse To LEAVE They GOING TO TAKE All your PROPerty."

16) PlaintiFF TOlD DeFENDANT mR. FarRar " TO get me A crisis TEAM, thats NOT no Policy AND they Don't have NO AUthority TO TAKE my pROperty, I WANT crisis TEAM."

17) DeFENDANT MR. FARRAR ReFUSED To get PLAINtiFF A crisis team and iNSteAD came BACK AND TOLD the PlaiNtiFF that " they SAID their NOT Going TO TAKE your ProPerty this time, But Next time ReFuse To leAve they going TO TAKE your proPerty."

18.) ABOUT 9-6-25, PlaiNtiFF FileD ANOther EmergeNcy ProceDURE GriEVANce ReporTing To DeFENDANTS mR. willS and John DoE GriEVANce OFFiceRS that 1.) DeFENDANT mR. FARRAR oN BehalF oF the cellHouse AuthoRity, & Kulich and others, threAteN TO TAKE PlaiNtiFF ProPerty AS A scheme To Force PlaiNtiFF To LEAVE NorthTwo Housing, To hAve PlaiNtiFF killeD Or AssaulteD By the iNMATES on their BehalF and 2.) and thus threats CAN or mAy cause PlaiNtiFF SerioUS selFharm mix EMOtioNal selFhARm BreAKDOWNS.

8

19) Thus again Defendant mr. Wills and John Doe's Grievance officers, ignored the substantial risk of serious inpending harm to plaintiff of all the Defendants named schemes to harass and threats going to be carried out order to try forces the plaintiff to easthouse general population or Protective Custody with inmates whom All the defendants conspiredly knew going to kill or serious assault plaintiff. By threats to take all plaintiff property if refuse to move to easthouse.

20) Thus by defendants mr. Wills and John Doe's Grievance officers conspiredly falsified the issue was not a Emergency Grievance issues of a substantial risk of plaintiff in imminent danger of personal injury or other serious or irreparable harm to the plaintiff. And determined not to process the Grievance under the Emergency procedures. Pursuant to section 504.840.

21) Defendant mr. Wills and John Doe's Grievance officer's conspiredly deliberately so refuse to return and give plaintiff thus Four Grievances back in violations of section 504.840. In order so the plaintiff cannot go to the next level and appeal pursuant to section 504.850, that states, "if after receiving the response of the chief administrative officer - plaintiff still believes the problem has not been resolved to plaintiff satisfaction, may appeal to the Director."

9

22.) Thus in order to prevent plaintiff from appeal and exhaust his emergency grievances and the defendants mr. wills determination administrative remedies, all the defendants conspired not to return plaintiff emergency procedure grievances, caused plaintiff to go known by all defendants, to go unprotected and subjected to the All defendants carrying out the threats and schemes to cause plaintiff harm as stated throughout and within this complaint.

23.) Acting with deliberate indifference, to plaintiffs safety and Health all defendants conspired to Arbitrary and falsify and created a "Stripout policy "as punishment as a ruse, in order to Harass, Retaliate and inflict severe Emotional distress against plaintiff, without Due process of the state of Illinois and federal law, and Department of corrections laws.

24.) Defendants all named, knew at the time of Defendant mr. Farrar threats and warnings on behalf of all the defendants, there was not any policy nor lawful Notice given to plaintiff and inmates, that gave the defendants the authority to use a stripout taking all inmates property whom refused Easthouse housing as punishment. Before all defendants conspiredly allowed and took all plaintiffs property.

10

25.) ON 9-26-25, DeFeNDANT MR. Hall At COUNT time TOLD PLAINtiFF, "Your moving To EASTHouse TODAY?

26.) the PLAINtiFF TOID DeFeNDANT MR. Hall, "NO, I'M NOT Going? ABOUT 7:02 COUNT time, IN North TWO DisciPlINAry Housing.

27.) ABOUT 1:30 , DeFeNDANT JohN DOe lieuteNANT TOLD PlAINtiFFs At Cell 618 AND SAID "MR, JoNes you ReFuse To go OUT TO EASTHouse TODAY, So I NeeD you To CuFF up To go TAlk To meNTAl Health STAFF AND I'm Stripping you OUT TAking your property, this the New policy Protocal For iNmAtes whom ReFuse To leAve "

28.) DeFeNDANT MR. WIlliAmSON EScorTED plAINtiFF To See DeFeNDANT mS. NicholSON, the meNtAl Health STAFF IN the iNFirmAry ReView Room.

29.) DeFeNDANT mS. NicholSON ASK PlAINtiFF "why you ReFuse To Get OUT oF DisciplINAry Housing TODAY, I hAve To do A crisis RepoRT AS A resulT ASk you Some QuesTions," while DeFeNDANT MR. WilliAmSON StAyeD To HeAr.

30.) PlAINtiFF TOID DeFeNDANT mS. NicholSON, thAt The murDereD victim I'm lockeD up For, BlooD Brother IS here IN meNArD and him AND his GANG threAteNing To kill me To ReveNge his Brother when they CAN AND iF I go To PoPulAtioN.

//

Complete answer to Question 7 of F application to sue as a poor person

1) About 1998 Northern Dist. Habeas Corpus No.1197-CV-0542 Dismissed Jones v. Page

2) About Dec 1998 Randolph County mandamus No. 98-MR-31 Dismissed Dismissed 18-MR-81 Jones Tucker

3) About Oct 1999 Randolph County mandamus No 99-mr-76 Dismissed Jones v. Page

4) About Nov. 2002 Southern Dist. 42 USC§1983 No.02-1151-JPG Dismissed Jones v. Cancini
7th Cir appeal in Forma Pauperis denied No. 07-3173

5) About Jan 2003 Southern Dist. 42 USC§1983 NO.03-56-WDH Dismissed Jones v. Moore

6) About Oct. 2002 Northern Dist. 42 USC§1983 No.02-C-50U5 Dismissed Jones v. Jones

7) About Mr. 2004 central Dist. 42 USC§1983 No.04-1099 Dismissed Jones v. maue.

8) About 2-2-04 Northern Dist 42 USC§1983 No.04-C-50058 Dismissed Jones v. Jones
appeal affirmed 7 Cir No. 04-1621 — writ of cert. denied U.S. supreme ct.

9) About 10-27-05 Livingston County mandamus No. 05-m-4-122 Dismissed Jones v. Jones

10) About 11-6-07 St. Clair County civil action No. 07-MR-238 mandamus Dismissed Jones v. McDougina, S. Dist. appellate court 3rd appeal dismissed No 5-08-0093 Ill. S. ct. denied appeal No. 106409.

11) About 9-14-07 St. Clair County civil action No. 07-MR-280 Jones v. Proud Dismissed S. Dist. appellate court appeal Dismissed No. 5-08-0045 Ill. S. ct. denied appeal No. 106536

12) Court of claims case No.11-CC-0083 Property lost claims, Pending Jones v. State of Ill. and Z.O.C.

13) Livingston county court, No. 10-MR-65, common law writ of certiorari Still pending Jones v. michael Randle et al. Dismiss

14) Cook County court, No. 93-CR-16310 post-conviction, People v. Jones Dismiss

15) Livingston County court, Jones v. Mathy civil action No 09-MR-109 and on appeal in Fourth District appellate court, Pending appeal No. 4-10-0610

16) Cook County court, Jones v. Brown civil action, Dismissed No 09-CH-18642

17) Ill. supreme court, supervisory order motion Jones v. people State of Ill. No. M12640 Filed 10-28-10 DENIED Dismiss.

18) Gerald Jones v. Randle livingston county, common law certiorari, No. 10 MR65 and appeal 4 Dist. app. court No. 4-11-0095 Pending 2-25-11
Jones v. lawrence County cir. court, supervisor order in Illinois supreme court Pending 12-30-10

31) DEFENDANT MR. WILLIAMSON "SAID" SHOULD OF WENT TO P.C.", (PROTECTIVE CUSTODY) TRYING TO ENTEVENE.

32) THUS PLAINTiFF iGNORED DEFENDANT MR. WILLIAMSON. TALKING OVER him, TO MS. NICHOLSON.

33) PLAINTiFF TOLD DEFENDANT MS. Nicholson, "my NICKNAME USE TO Be LADYBUG, I GAT A lot oF ENEMIES IN PoPulaTiON AND PrOTECTIVE CUSTODY THREATEN TO ASSAULT ME AND rap me thiNKiNG I'm A HOMOSEXUAL, "AND IN THE CLOSET GAY GANGMEMBER I HAD TO EXPOSE, I CAN'T GO IN THE CELL WITH NOBODY BECAUSE OF ME BEING LABLED AS A HOMOSEXUAL AND NAME LADYBUG others going TO TELL my Celly TO ASSAULT ME TO GET ME OUT THE CELL JUST BECAUSE OF THE NAME LADYBUG. SO I REFUSE FOR MY SAFETY = "GANGS ARE NOT ALLOWED TO BE IN CELLS WITH INMATES WHOM ARE CONSIDERED HOMOSEXUALS!

34) PLAINTiFF TOLD DEFENDANT MS. NICHOLSON. "THESE OFFICER THREATENING TO HAVE ME ASSOULTED AND KILLED FOR TRANSFER IN FOR A STAFF ASSAULT AND TWO OF THEM WORK IN EASTHOUSE, THE SAME TWO SAID GOING TO PUT ME IN A CELL WITH A INMATE THEY KNOW GOING TO RAP AND ASSAULT ME. IT'S ALREADY ON FILE I FILED A LAW-SUIT ABOUT. " THATS WHAT THIS IS ABOUT ANT NO POLICY TO STRIPOUT OUT INMATES FOR REFUSING HOUSING I FILED A GRIEVANCE BECAUSE THEY TRIED TO DO iT LAST TIME."

12

35) DEFENDANT MR. WILLIAMSON, ESCORTED PLAINTIFF BACK TO CELL 618, SAYING "JONES your on the Shit list, when we ready To kill you it's going To happen, you know how many Fucks DIED Down here, DID that lawsuit change anything" IN ORDER TO CAUSE PLAINTIFF Fear and anger.

36) BACK IN the cell 618, PLAINTIFF NOTICE DEFENDANTS Took All PLAINTIFFS Property EXCEPT A mattress AND PLAINTIFFS Serious mental DISORDERS EXAGERBATED AND TOLD DEFENDANT MR. WILLIAMSON. I'm HAVING A crisis I WANT To See A crisis TEAM. as a result.

37) DEFENDANT MR. WILLIAMSON SAID "O.K." Taking the hand cuffs OFF and close the FOOD BOX AND WALKED OFF BEING SARCASTIC.

38) PLAINTIFF yelled OUT ON the Gallery TO DEFENDANT MR. HALL, MR. Ethler, MR. Williamson . AND other OFFicers John Doe Lieutenant. whom WAS Already ON the six Gallery Saying " Im having A crisis I'm HAVING SelFharm thoughts, I WANT To see A crisis Team" Repeated ABOUT Four times,

39) PLAINTIFF Became more Distress and ANGRY Being ignored AND Started cut his right arm WITH A SHARPEN INKPEN.

13

40) AGAIN PLAINTIFF yelled ON the GALLERY SAYING " I'm HAVING selfharm thoughts, I'm BLEEDING cutting my ARM I NEED A crisis TEAM. This is NOT A stripout."

41) DEFENDANTS MR. HALL, JoH Doe lieutenant, MR. Ethler STOP INFRONT OF PLAINTIFF cell 618 AND looking AS PLAINTIFF RAISED his ARM showing Resorted To selFharm BLEEDING, — while continued TO yell Out that " this LIEUTENANT watching me selFharm Refusing me a crisis team AND medical TREATMENT they Took All my Property this NOT NO stripout".

42) DEFENDANT MR. HALL, MR. williamson, John Doe lieutenant officer mocking PLAINTIFF, Told PLAINTIFF To kill your self" and " I'm having self harm thoughts, TO ANTAggNize AND HArASS the PLAINTIFF, IN violation OF the 8 and 14 AMENDMENT constitutional rights OF the PLAINTIFF, walking BACK and Forth PASS The cell.

43) DEFENDANTS MR. HALL, MR Ethler, MR. williamson, AND John Doe lieutenant, and unknown officer Refused TO Report PLAINTIFFS selFharming, thoughts. Demands To see a crisis team, AND medical TREATMENT, AS

14

A Breach of their Constitutional Duty To Report and Protect Plaintiff From selfharm Behaviors.

44) Defendants Mr. Hall, Mr. Ethler, Mr. Williamson Mr. John Doe lieutenant and officers unknown conspired To and left Plaintiff in the cell selfharming having a Distress mentally ill Breakdown. From about 1:40 A.M. To about 3:00 A.m. shift change. in violations of Plaintiffs 8 and 14 amendment U.S. constitutional rights.

45) Acting with Deliberate indifference, Defendants, Mr. Hall Mr. Williamson, John Doe lieutenant, Ms. Nicholson, Mr. Wills and John Doe Authorities Responsible, conspired To Arbitrary created and Enforce a new policy, custom and practice of 1.) strip out and Take all Plaintiffs Property Except A mattress and the clothes Plaintiff had on. Every time Plaintiff Refuse To go To East House and or leave Disciplinary Housing. and 2.) leave Plaintiff on strip out with no Property For Four days.

46.) Acting with Deliberate indifference To Plaintiffs safety, Health and serious mental Health know needs, thus Defendants Mr. Wills, Mr. Williamson, Mr. Hall, Ms. Nicholson, John Doe lieutenant and John Doe Authorities Responsible conspired To and Enforce the new policy practice, of Taking all Plaintiff Property For Four days, as a

15

Punishment For Refusing To move To EastHouse General Population or Protective custody. thus without Due Process of the laws AND A lawFul orDER.

47) DeFeNDANTS MR.Wills, MR.HAll, mS. Nicholson, MR. WilliAMSON, JOHN Doe lieutenant AND John Does Responsible, Acted with Deliberate indifference To plaintiffs Health, saFety AND serious mental Health knew needs, By createDAND inflicteD the NEW "strip out Policy" on PlaintiFF they knew would cause plaintiFF severely serious Emotional Distress AND EXAcerBate plaintiFF mental Disorders orDers, when they enForceD the Policy, thus the reasons why DeFeNDANTS conspired To take plaintiFF To see mental Health staFF DeFeNDANT ms. Nicholson First, For a mental Assessment as a ruse, cover up.

48) DeFeNDANT ms. Nicholson, knew that Taking Plaintiff ProPerty AS A WAY OF Punishment and reasons, was Actually Taking PlaintiFF mental Health Treatment Away AS Punishment, Because plaintiFF ProPerty was the only thing plaintiFF had To cope with was OBVious and 2) DeFeNDANT ms. Nicholson and wills conspireDly haD createDly knew plaintiFF mental Health Treatment plan was as Treatment For PlaintiFF To FinD anD learn ways oF coping with routine stressors. and 3) AND KNOWN

Taking PlaintiFF Property would Deprive PlaintiFF the only Away To cope with the stressors IN Violations of PlaintiFFs mental Health Treatment Plan.

49) At 3:00    shiFt change At county time, PlaintiFF STop and told DeFendant mR. Quann that "Im having a BreakDown I need A crisis Team."

50) About 3:10    DeFendant mR. Quann And ½ korando cuFF PlaintiFF And Escorted PlaintiFF To see A crisis team and medical staff For medical care.

51) PlaintiFF was given nine medical stitches and Put on 10 minute suicidal watch status in North Two House cell 505. For his selFharm emotional Break-Down.

52) on 9-27-25 DeFendant ms. Nicholson Told PlaintiFF that "the Policy is she could not Take PlaintiFF oFF watch nor step Down PlaintiFF To 15 minutes on SaterDays and sunDays no more. So PlaintiFF had To wait To monday To Be Put on 15 minute watch."

53) on 9-29-15 PlaintiFF Expected To Be Placed on 15 minute watch monday and Put on 30 minute watch on 9-30-25 TuesDay. So PlaintiFF could Be released oFF crisis watch on 10-1-25 wensDays. Due To the DeFendants ms. Nicholson said the Policy Prohibited

17

her From Doing So ON States Days AND SUNDAYS.

54.) ON 10-1-25 DEFENDANT MS. Nicholson, REFUSED TO RELEASE PLAINTIFF OFF crisis watch, saying that " it's the New Policy that PLAINTIFF CANNOT BE TAKEN OFF crisis watch, until PLAINTIFF TALK TO A PSYchiatrist First and PLAINTIFF is scheDuleD To see the Psychiatrist ON MONDAY 10-6-25.

55) PLAINTIFF TOLD DEFENDANTS MS. Nicholson, that, "I Don't have To TALK To NO Psychiatrist, your TRYING To Provoke To selfharm, I refuse All mentalHealth Sevruices, and mental Health services shall NOT Begiven dgainst my will involuntary unless I'm a immenent Danger of Harm To my self, I NOT Going To hurT my self Nor NOBODY els, I WANT To Be RELEASED of this watch."

56) DEFENDANT MS. Nicholson SAID IF you would of kill your self you wouldn't Be ON Watch and walked To the next cell.

57) PLAINTIFF yelleD Telling DEFENDANT MS. Nicholson, I WANT TO TALK TO I/A AND File a emergency Grievance I Still suppose ToBe ABLE To File a Grievance.

58) DEFENDANT MS. Nicholson SAID I hearD you.

59) PLAINTIFF TOLD MS. Nicholson I NEED To see medical For my PAIN conDition AND BANDAGE change.

60) DEFENDANT MS. Nicholson SAID she will tell the NURSE!

18

61) Acting with Deliberate indifference To Plaintiff's Health, Safety and serious mental Health needs Defendants ms.morris, ms.Nicholson, mr.wills AND mr.Davis and those Responsible, thus 1) created and Enforced a Policy Against Plaintiff of keeping Plaintiff on Prolonged unnecessary 10;15 and 30 minute suicidal and crisis watch status, Arbitrary, when known Plaintiff was no longer in need for imminent nor Emergency mental Health services Against Plaintiff will,

62) Acting with Deliberate indifference to Plaintiff's serious Health, Safety and mental Health known needs, Defendants ms.morris, ms.Nicholson mr.wills, mr.Davis and Centurion Health services and John Doe Psychiatrist Created and Enforce a Policy against Plaintiff of kelp Plaintiff on Prolonged unnecessary 10,15 and 30 minute suicidal and crisis watch status Arbitrary against Plaintiff's will on 9-27-25 to 10-1-25 and Again on 10-1-25 to 10-6-25, and Again on 10-8-25 To 10-10-25,

63) Defendants mr. Davis, ms.morris, ms.Nicholson, mr.wills, Centurion Health services (refer To as Centurion), John Doe Psychiatrist conspired To and kelp Plaintiff on 10, 15 and 30 minutes unnecessary suicidal and crisis watches Arbitrary, in violations of professional standards of mental Health services, care and consent protocal and lawful duties, and their own Policy standards of services 04.04.100.A.D's,

19

64) AS a Result of DeFeNDANTS Prolonged PlaintiFF on crisis watch. Due To their Policy custom AND Practices Caused PlaintiFF 1.) Extreme PainFul BoDy DIstress 2.) subTecteD To DeFeNDANTS HArASSmeNT ReTALIATIONS anD BIAS DIscrimINAtIONS anD 3.) severe DIstress ano EXAcerBated PAIN IN PLAINTIFFS BACK, NeCK, legs, ArmJ Hips, HeADACHes, StomAtchachs, EYE PAIN and shoulDers Due To the CONDITIONS OF the cell, BeD, smoCk, CoID AND Heat, liGHTS STAY ON, anD lost Sleep ano 4.) CoNtINue SELFharm unwanteD thoughTS, aNJer anD Frustration anD DePression Feeling helpless AND TorTureD.

65) ON 10-1-25 DeFeNDANTS mR. Appel ano John Doe's Authorities, lieutenents anD those responsIBle moveD PlaintIFF conspiredly To cell 518, IN retaliation To ABuse PLAINTIFF, Because the cell was FlooDeD with water, urine, Feces IN the coNNer anD A strong smell moID. anD 2.) anD Because the INmAte threaten To SelFharm iF they DID NOT move him out thus cell Due To thus CONDITIONS so CONspireD To Put PLAINTIFF IN the cell 518 insteaD and move the INmAte IN the PLAINTIFFS cell 505.

66.) PLAINTIFF TOID counselor ms. young ON 10-2-25 that "I wANT To File A EmergeNcy GriEVANce they reFuse To let me oFF crISis watch AND Put me IN this NASty cell TRYING To Provoke me To selFharm"

67.) counselor ms. young SaiD she only came, Because your Aunt Rosie calleD here To let you know, I'll mail you

20

A GrievANce Form, you cAN have the OFFiceR or the inmate worker write Since your ow crisis watch.

68) PlAintiFF Told DeFeNDANT mR. DAVIs the sAme thing WANTing To File A Emergency GrievANce, including MS. Nicholson.

69) ON 10-3-25 Counselor DeFeNDANT MR. BArker hAD PlAintiFF ESCorTeD To the INFirmAry interview room ABouT 8:20 A.m. in order to write A Emergency GrievANce, iN response To PlAintiFF ReQuesteD, To MS. Young, MR. DAVis or ms. NicholsoN.

70) DeFeNDANT mR, Barker, SAiD he would TAke the Emergency GrievANce StrAight To the GrievANce oFFicer since it's Already FriDAy, insteAD OF Putting it in the Box, since, I'm the one wrote it. Should Be Process A little FAsTer,"

71) DeFeNDANT MR. BArker. wroteouT whAt PlAintiFF hAD SAiD ON PAper then rewRote it on the GrievANce Form, the Follow FActs 1) thAt the lieutenANT, MR. HAll the sergeANT, MR. Ethler Took All PlAintiFF ProPerty EVEN the Toliet PAPer, Hygien AND sheet, thats NoT the Policy 2) they All ReFuse To Get PlAintiFF A crisis teAm AND medicAl AND wAtch PlAintiFF selF hArm Bleeding 3.) they with mental HeAlth STAFF Trying To kill PlAintiFF ReFusing To TAke oFF wAtch AND Trying To hAve Put oN

27

Psychiatrist medication that will kill me, and 4.) they conspiring trying to move me to General Population so I can be kill by inmates and 5.) Thus as a result causing me selfharm thoughts. And other Details.

72.) In retaliation for Plaintiff filed a grievance through Defendant MR. Barker, Defendant MR. Hall, MR. Barry and MR. Dillman Conspired to and refuse to feed Plaintiff lunch meal and conceal it.

73.) Defendant MR. Dillman said he Going to get plaintiff a food tray, After look and learn Plaintiff tray was not in the cell nor in the food box. Bringing Plaintiff back to cell 518 from talking to MR. Barker.

74.) Plaintiff told Defendant MR. Berry, whom say he would get a tray for Plaintiff.

75.) Defendant MR. Dillman came back pass, said "they said you gat a tray prior?"

76.) Plaintiff told Defendant MR. Dillman "get me a crisis team I'm going to selfharm for refusing to feed me."

77.) Defendant MR. Dillman, MR. Hall took Plaintiff out the cell 518 to shakedown and ▓▓▓▓ selfharm already but Plaintiff had ▓▓▓▓ the Plaintiff Did not,

22

78) While being place in the Holding cage, Defendant Mr. Hall lied to Defendant Mr. Barry saying "He put a tray inside on plaintiff bed, while the Defendant Mr. Dillman walked up not hearing Mr. Hall. Told Defendant Mr. Berry that Defendant Mr. Hall said plaintiff ate prior to talking with the counselor."

79) Defendant Mr. Berry knew Defendants Mr. Dillman and Mr. Hall was lying and conspired to act as a code of silence, turn a blind eye, and coverup the truth to and not feed plaintiff.

80) Defendant Mr. Davis came and plaintiff told him everything, how Defendants gave contradicting story's and refusing to feed plaintiff. and "I'm dont want to self harm but they provoking me."

81) Defendant Mr. Davis said "I'll document what you said, let see if I can get you a tray." But left after Defendant Mr. Barry said something whom Mr. Davis talk to about the feeding plaintiff.

82) Plaintiff imminently saw a paperclip on the bed, as Defendants Mr. Hall put plaintiff back in cell 518, and thought "they think this a game."

83) Plaintiff broke and started cutting his left arm with the paperclip.

23

84) DEFENDANT MR. Dillman SAW PLAINTIFF selfharming AND called DEFENDANT MR. HALL. whom SAID CUFF up "when he SAW the BlooD.

85) AS PLAINTIFF walk TO CUFF, DEFENDANT MR. HALL whisper AND DEFENDANT MR. Dillman SPrAYeD EXcessive MACe At PlAINTiFFS FACe.

86) PlAINTiFF helD the BlANK up TO Block the ASSAUlt

87) DEFENDANT MR. HALL SAiD Put the BLANK DOwN AND CUFF up.

88) PlAINtiFF Blocked the open Box slot With the BlANKet AND his BACK AS DEFeNDANT MR. Dillman SprAYeD EXcessive MACe AgAiN Te ASSAult PlAINtiFF MAlicious AND SADistically To CAUse PAiN AND suFFering.

89) PlAINtiFF Tried To cuFF up AND DEFeNDANT MR. HAll slamm the Panel slot close AND SMASheD PlAINtiFF hAND AND Finger iN the Process, MAlicious AND SADistically To cAuse PAIN AND suFFering — After PulleD the BlANKet out the slot.

90.) DeFeNDANT MR. HAll open the slot AgAiN To let PlAINtiFF cuFF up. AND EScorTeD PlAINtiFF BliND To the SickcAll Room.

91) iN SickcAll DEFeNDANTS MR. WilliamSoN SAiD " CAN Kill his ASS NOw DiD he cut up gooD" To iNtimiDAte PlAINtiFF AS DEFeNDANT MR. Dillman SAiD I TRieD To MACe A CAN iN his

24

mouth, he hAD A BlANKet up.

92) DeFeNDANT mR. HAll SAiD "You shouID oF let me Do it, AND ToID DeFeNDANT ms. choAte" he ANt DieD CAN You Just wrAp it up? I'm TireD oF Him FIling GrieVANces like it's going To stop Something since wheN they stArt writing GrieVANce For iNmATes oN CRisis wAtch."

93) DeFeNDANT ms. choAte SAiD "I got To report this He NeeDs stitches,"

94) DeFeNDANT mR. williAmsoN SAiD "I KNoW you ToID oN me JoNes, I'm AlreADY FAMous,"

95) DeFeNDANT ms. choAte SAiD "the AmericAN DreAm". AND AskeD PlAiNtiFF "whAt you cut up For"

96) PlAiNtiFF SAiD "they ReFuse To FeeD me". AND leFt A PAPeRclip oN the BeD To cut up with?

97) DeFeNDANT mR. DillmAN, mR. williAmsoN sAiD "the AmericAN DreAm" At the sAme time, thAt PlAiNtiFF Took AS A RAcist stAtemeNt AgAiNst PlAiNtiFF BeiNg BlAck.

98) PlAiNtiFF wAs TRickeD By DeFeNDANT mR. Berry To BeND over iN the wAter To get the mAce ouT PlAiNtiFFs EYE, KNowiNg it wouID mAke the PAiN worseN AND lAst loNger thAt DiD worseN AND lAst loNger, while the DeFeNDANTs lAugheD At PlAiNtiFFs suFFeriNg.

25

99) PLAINTIFF WAS TAKEN TO healthcare, AND Received ABOUT 10 medical stitches, while BLINDED AND IN PAIN From the mace.

100) PLAINTIFF GAVE the lADY LieutenANT the PAPER-clip in Health care, To Prove PLAINTIFF used To selFharm with AND leFt IN the cell 518.

101) DeFenDANT JANe Doe Doctor, whom stitched PLAINTIFFS selFharm, ignored AND lied Going To orDer PLAINTIFF's PAIN RelieF TyleNol on 9-26-25 AND AgAIN on 10-3-25 But Never DiD or PLAINTIFF never Received the TyleNol.

202) ABOUT 3:30 PLAINTIFF WAS TAKEN BACK To North-Two House, PlACeD IN the HolDING cAge, while WAITING For the DeFenDANT John Doe lieutenANT Tell whAt cell PLAINTIFF Going IN, CAme BACK AND SAID Put PlAINTIFF IN 507 cell.

103) DeFenDANT John Doe Five gallery OFFicer leFt AND CAme BACK SAID he" hAve 507 reADY As iF he hAD ShAkeD Down the cell First TAking his gloves oFF.

104) DeFenDANT mR.Garrett EScorted PLAINTIFF To cell 507, AS ABOUT FOUR John Doe oFFicers Followed conspireDly.

26

105) DEFENDANTS MR. Garrett TOlD DEFENDANT JOHN Doe Five Gallery oFFicer To Pull the mattress out the cell, As PlAiNtiFF Notice hAD thick Pieces oF Feces oN the mattress AND cell smelleD oF uriNe AND Feces.

106) PlAiNtiFF weNt iNto the cell out oF Fear going To Be ASSAulteD AND Forced iNto the cell,

107) The Toliet WAS FilleD with Feces, urine AND hAD mAggots moving ArouND, the siNK hAD Feces iN it AND the siNK AND Toliet WAS TurNeD oFF.

108) the cell hAD Excessive Flys, Nets AND Bugs every-where, with Feces All over the BuNK, wAll AND Door, That PlAiNtiFF WAS Forced To reFuse his DiNNer uNABle To EAT.

109) the PlAiNtiFF coNtiNue choke Due To stroNg smell oF AmmoNiA, Feces AND mAggotts iN the Toliet.

110) the BuNK WAS All metal covereD with Excessive Rust AND SmeAreD Feces.

111) thus the cell coNDitioN CAused PlAiNtiFF To loose Alll coNtrol looking For somethiNg To selF hArm with iN the cell.

27

(112) PLAINTIFF PLACED ON CONSTANT WATCH STATUS BY mental Health StAFF, thereFore DeFeNDANT John Doe WAtch OFFicer hAD To Sit Directly iNFRONT oF PLAINTIFF's cell 507 At All times.

113) PLAINTIFF BAgged the DeFeNDANT John Doe WAtch OFFicer To get PLAINTIFF ouT the cell 507 AND SAID You see I'm looking For something To selFharm with I DONt WANT To cut up," "iF you SAY something they'll move me?

114) DeFeNDANT John Doe WAtch oFFicer SAID " I CAN'T DO Nothing they AlreADy know? ACting with DeliBerate iNDiFFerence To PLAINtiFFs HeAlth sAFety AND serious mental HeAlth NeeDS, ReFusing To Protect PLAINtiFF From selFharm AND STAFF misCONDUCT.

115) the metal BUNK hAve A Hole with sharp EDges thAt PLAINtiFF ReACheD iN the Hole Discovering Excessive Rusty Pieces Broken oFF the metal Hole oF the BUNK. AND USED To Cut his right Arm.

116) DeFeNDANTS John Doe WAtch oFFicer, John Doe Five Gallery oFFicer, mR. GArrett AND other oFFicers All WAtched PLAINtiFF write A BlooD messAge on the BACKWAll SAYing " All C/o WAtching me selFharm," with PLAINtiFFs BlooD.

28

117) After About 40 minutes Allowing, watching Plaintiff selfharm worsen The DeFenDANT John Doe watch OFFicer, Finally, gat the other DeFenDANTs mr. Garrett, John Doe gallery OFFicer and others came AND Escorted PlAintiff BACK To the Hold cage.

118) While waiting, DeFenDANT John Doe sergeant said "Why you Just Dont kill your self."

119) DeFenDANT mr. Garrett said Because he A Pussy

120) DeFenDANT mr. H said thats right he Talking To you Bitch, thats right get my NAME Bitch I'll Beat the shit out oF you oldmAN."

121) the DeFenDANT John Doe lieutenant said whats the Problem,"

122) Plaintiff said "Go look At the cell".

123) DeFenDANT mr. Garrett said "shut the Fuck up." As the unknown lieutenant walked oFF.

124) DeFenDANT mr. mercer said we gat To Go To HealtH care.

125) DeFenDANT mr. Garrett said your going right BACK in the cell you better kill your self next time I promise you, hit A Artery Bitch mutherFucker."

29

126.) DEFENDANT John Doe Sergeant SAID "IN other words we Don't care "" while PlaintiFF was leaving going To the healthcare For medical Treatment.

127.) PlaintiFF ToID DeFENDANT JANe Doe Doctor the SAID CONDiTions oF the cell 507 that CAUSED PlaintiFF To selfharm.

128) DeFENDANT JANe Doe Doctor SAID and "ordered For PlaintiFF To Be sent To the outside chester Hospital For Treatment Due To the seriousness oF the cut went Deeper AND SAID she Don't have enoth supplys To Do stitches."

129.) PlaintiFF Received 20 medical stitches in Chester Hospital and Droved BACKED To menard Prison Health care.

130) A NURse in health care SAID "Are you o.k. Now, CAN you promise me",

131) PlaintiFF SAID" I Don't wANT To selfharm, But you Should see the cell they Put me iN. I Begged this oFFicer escort To get-me moveD. I guess I'm Going To have To Do something worser "

30

132) the nurse said "whats wrong with the cell"

133) PlAINtiFF told DeFeNDANT JANe Doe Nurse the said HarmFul conditions of the cell 507, including the metal hole in the Bunk AND pieces is what Plaintiff selfharmed with."

134) DeFeNDANT JANe Doe Nurse said "hold on you might stay in the HealthCare Tonight."

135) DeFeNDANT JANe Doe, came Back. upset AND scared AND worried At the same time AS iF WAS told AND knew plaintiff was Being Harmed BY DeFenDANTs on Purpose couldnt Do Nothing about it. AND said "your going Back To NorthTwo"

136) Acting with DeliBerate inDiFFerence To PlAINtiFF Health, SAFety AND serious mental Health needs the DeFeNDANT JANe Doe Nurse Turned A Blind Eye, Fail AND reFused To Report To lawFul Authority that DeFeNDANTs conspiredly PlAcing PlAINtiFF Back in a cell 507 known had selfharm metal Pieces in it AND the conditions of the cell.

31

137.) DEFENDANT MR. GARRETT AND MR. QUANN CAME TO ESCORT PLAINTIFF BACK TO CELL 507.

138.) DEFENDANT MR. QUANN SAID " the TOLIET AND WATER BEING TURNED ON, the CELL MOPPED AND A BED ALREADY PUT IN the CELL, it's the ONLY CELL OPEN For the NIGHT ¿

139.) DEFENDANT MR. GARRETT SAID NOTE BEEN LEFT FOR the DAYSHIFT TO move you ¿

140.) the DEFENDANT JANE DOE NURSE hearing that SAID "SO ATE YOU GOING TO BE O.K. ¿

PLAINTIFF TOLD the NURSE," IF they DID that "

141.) PLAINTIFF WAS PLACED BACK IN CELL 507 AND NOTICED that, DEFENDANTS WASHED the BLOOD message OFF the WALL, TURNED ON the WATER AND TOLIET, AND PUT A mAttress IN the CELL COVERED With FECES, RUST AND URINE AND mOPPED the BLOOD OFF the FLOOR.

142.) Thus the CELL still hAD FECES All over the WALLS DOOR AND BUNK, With over 60 FlYS, Net AND BUGS, FECES IN the SINK. AND the CELL harmFul smell.

143.) PLAINTIFF WIPED OFF the BED BEST AS CAN AND FORCED TO ENDURE the SEVERE DEPRESSION AND DISTRESSFUL PAIN

32

CAUSED BY the CONDITIONS OF the cell, CAUSING SelfHarm thoughts.

144) ON 10-6-25 PLAINTIFF TOLD DEFENDANT MR. DAVIS whom CAME TO DO A mental Health ASSESSMENT. EVERYING that occurred ON 10-3-25, as state IN this complaint PARAGRAPHS.

145) DEFENDANT MR. DAVIS SAID "I'll tell lieutenant ABOUT the cell, your NOT Going TO harm your SELF",

146) PLAINTIFF SAID "NO, I DONT suppose TOBe IN this cell with this Hole and metal Pieces IN it All over the Floor I CAN selfharm with you suppose To have me moved".

147 PLAINTIFF SAID "look" AND showed DEFENDANT MR. DAVIS AND his John Doe ESCORT OFFICER. the metal Pieces, they Watched PLAINTIFF get From the BUNK Hole.

148 ACTING with Deliberate inDifference TO PLAINTIFF's Health AND SAFETY AND serious mental Health needs DEFENDANTS MR. DAVIS, John Doe ESCORT OFFICERS, AND John and JANE DOes Authorities AND STAFF that DEFENDANT MR. DAVIS TALK AND Reported TO, CONSPIredly leFt PLAINTIFF IN the cell 507 SAID HarmFul CONDITIONS — thus maliCIOUS AND SADISTICALLY For To cause PLAINTIFF mental AND PHYSICAL CONTINUE Harm.

149) ON 10-5-25 PLAINHF TOLD the DEFENDANT John Doe Psychiatrist-telePsych. EVERYthing occurred From 9-26-25 TO 10-6-25 EXPlAINING why PLAINTIFF ReSorT TO SelF harm three

33

times, and request medication and for to have Plaintiff moved out the harmful cell 507 with the metal pieces."

150) Defendant John Doe Psychiatrist Telepsych said "I Don't see you needing any medication at this time, know it's the new policy now To speak with Telepsych but now you should be able To come off watch. I'll Tell the Department above the cell." —

151) Defendant John Doe Psychiatrist Telepsych acting with Deliberate indifference To Plaintiff safety and serious mental Health Needs conspired with all Defendant by 1.) left Plaintiff in cell 507 he learned caused and had Plaintiff in a Depression angry, distressed mood painful in need of pain Relief medication that Plaintiff told him. AND 2.) Turned a blind eye refused Plaintiff medication that He knew was needed for Plaintiff mix Emotional distress and 3.) Turn a blind eye and conspired To fail and refused To Report the Plaintiff Needed medical Treatment for his finger injury to proper authority and being Denied by Defendants To conceal the assault and 4.) conspired To and left Plaintiff in cell 507 he knew had a metal Hole in the bunk with Rust metal pieces on the floor inside used and could use for self harm again. and 5.) conspired not To Report To State Police Plaintiff was being abused as a mental Health Paitent By state employee's Required By his own Employment ministerial Duties.

34

152) ON ABOUT 10-8-25 PlAINTIFF ToID DeFENDANT MR. DAVIS that " you leaving me in this cell with these metal pieces AND Hole I CAN BEND BACK AND Forth, Break the EDeges To SelFharm wHh," I'm FeeD up with waiting, they saID WAS going To Pull me OUT To clean the cell But oBviously their lying "

153) DeFENDANT MR. DAVIS saID show me AGAIN those pieces and ToID DeFENDANT MR. BarttleBolt To look He saID It's Rust metal pieces in the Hole of the BUNK.

154) AS DeFENDANT's WAtcheD PlAINtIFF REAch in the metal Hole, and shoWED DeFENDANTS MR. DAVIS AND MR. BarttleBolt the metal Pieces, AND Attempted To sharpen a Piece on the FlDOR To Prove the silver metal color.

155) DeFENDANT MR. DAVIS saID "Jones it's o.k., Don't sharpen it, let me TAlK To the lieutenANT.

156.) ABOUT TWO hours later, DeFenDANT MR. BarttleBolt and officers moved PlAINtIFF OUT oF cell 507 To cell 504, To cover UP PlAINtIFF WAS ABoUT To self harm AgAIN Being FeeD up with the Feces AND Bugs CovereD cell.

157.) ON ABOUT 10-9-25 the Next DAY DeFeNDANT MR. DAVIS "ReFuse To TAke PlAINtIFF oFF CRisis wATch sAyIng that MS. MorrIs changeD the 30 mINute wAtch AND Kelp

35

At 15 minutes Because we hAD To move You, and she SAID To make sure you DIDN'T SELFHArm in this cell" so you'll Be on 30 minutes ToDAY AND you'll come oFF Tomorrow".

158) PlAinTiFF Became severely Angry with DeFeNDANTS ms.morris, ms. Nicholson AND mr. DAVis keep mAking EXcuses To Prolong keeping PlAinTiFF on crisis wATches PlAinTiFF SAID "I ReFuse All mental HealTh services AND it shAll NoT Be given unless I'm IN immineNT DANger oF hArming my self," that Don't make since I'm NOT Going To hArm self, it's obvious that I could hAve By Now when yA'll Put me BACK IN that cell." (507) I'm TRying To come oFF NOT Going To hArm myself For No reAson?

159) DeFeNDANT mR. DAVis SAID "I UNDerstand that But it wAs ms. morris Decision, Just one more DAy, you come oFF Tomorrow."

160) ON ABOUT 10-10-25 DeFeNDANT mR. DAVis ReleAseD PlAinTiFF oFF crisis wAtch stAtus.

161) DeFeNDANT mR. HAll ReFuseD To move PlAinTiFF ouT oF the crisis wAtch cell BACK To A regulAr cell, conspireDly with DeFeNDANTS John Doe's sergeANT AND lieuTenANT IN orDer To Provoke PlAinTiFF To more selFhArm AND Distress, IN RetAliATion — SAying "ANT No cells oPeN" ON ABOUT 10-10-25.

36

162) DEFENDANTS MR. HALL, AND John Doe OFFICERS, SERGEANTS AND lieutenANTS RESPONSIBLE, REFUSE TO GIVE PLAINTIFF his Property BACK they Took ON 9-26-25 After PLAINTIFF came OFE crisis WATCH ON ABOUT 10-10-25 until 10-12-25.

163) ON 10-11-25 AGAIN PLAINTIFF REQUESTED his Property IN Cell 504, From DEFENDANTS MR. HALL AND TO MOVE,

164) DEFENDANT MR. HALL SAID "your STIll ON STRIPOUT, CUT your throat" NEXT time spell my NAME right H.A.1.1. NOT PAUl". thus REFerring To the Emergency GriEVANCE PLAINTIFF Filed. — thus REFusing To give PLAINTIFF Property BACK, IN Retaliation For GRIEVANCES PLAINTIFF File AGAINST them.

165) ON ABOUT 10-12-25 PLAINTIFF WAS MOVED TO Cell 623 BY DEFENDANT MR. HALL AND OFFICERS.

166.) ON ABOUT 10-12-25 DEFENDANT MR. HUNTER gave PLAINTIFF his Property BACK ABOUT 1:35, AND DIScovered his Property WAS DelIBerAtely mix up IN a Puzzle so that PLAINTIFF legal PAPers, Files AND DOCUMENT PAGES WAS missing and misplaced OUT OF orDer — IN orDer TO ANger, Frustrate AND OPPress PLAINTIFF AND MOST PLAINTIFF GIrl Porn magazines stolen. For the SAme purpose.

37

167) ON ABOUT 10-14-25 PLAINTIFF FileD A Four Page GRIEVANCE AGAINST ALL DeFeNDANTS, USING the Emergency grievance procedure process PursuANT To 504.840.       ABOUT EVERYthing occurred since 9-26-25 TO 10-10-25 OCCurreD, TO DeFeNDANTS MR.Wills.

168) DeFeNDANTS MR.Wills AND John Doe's GRIEVANCE OFFICeR's AND those Responsible FAIL AND reFuse TO Return NOr RespoNse TO PLAINTIFF Emergency Biled Grievance, Conspiring, IN orDer To PreveNT PLAINTIFF From Petitioning TO the GOVerNMeNT TO ReDress his GRIEVANCES AgAINSt them, AND UNABle TO AppeAl.

169) ON ABOUT 10-20-20 PLAINTIFF RecelveD A Receipt: From the COunselor MR.BArker To show he FileD the Emergency Grievance MR.BArker WROte him selF For PLAINTIFF ON 10-3-25, DAteD 10-7-25 Alleging the GRIEVANCe WAS seNT To DeFeNDANT MR.Wills TO DeterMiNe iF will the GRIEVANCe Will Be ExpeDiteD AS AN EmErgeNCY.= NO. KY-1025-5208.

170) ACting with DeliBerAte INDiFference TO PLAINTIFF's HeAlth AND SAFety, AND serious mental HeAlth NeeDS DeFeNDANTS MR.Wills AND John Doe Grievances OFFicer's ReFuseD TO RespoND aND ReTurn PLAINTIFF Emergency GRIEVANCe NO. KY-1025-5208 so PLAINTIFF cANt AppeAl TO the DirecToR aND ThWART PLAINTIFF From ExhAusting his ADministrATive RemeDies iF ReQuireD,

38

171) Acting with **deliberate indifference** to plaintiffs serious mental health and safety needs, Defendants MR. Wills, John Doe's Grievance officers and all John Doe's responsible, conspired **with the** Defendants MR. Hall, MR. Williamson John Doe's northtwo Housing **lieutenant's and major's** and MS. Nicholson, **to** and created the 1.) stripping out policy taking all plaintiffs property and necessary basic needs of toilet paper, Hygien sheets and blanket, in order to blackmail and **force** plaintiff **to** General population or protective custody where they knew plaintiff would be unescaple assaulted or killed by prison official schemes or inmates.

172.) All Defendants conspiredly **and** Defendants MR. Wills and Grievance officer's John Doe's, **without** first resolving the known information, Grievances and inpending Harm **to plaintiff**, that plaintiff would be killed and assaulted when placed in General population or protective custody by inmates and by a plan Defendants named **planned**, — thus acting with deliberate indifference to plaintiff health and safety by 1.) created and enforced the new strip out policy in order **for** forcing plaintiff to go to the inpending harm General population without stopping, preventing nor resolving the inpending harm for plaintiff's safety and protection. Stated in plaintiff **Grievances.**

39

173) Defendant Mr. wills and John Does mental Health, medical and security staff had and have a lawful ministerial duties pursuant to 730 ILCS 5/3-7-4, and Administrative policy's and a reasonable inquiry duties by the united states constitution 8 and 14 amendments, — thus to 1.) when making decisions for where to house plaintiff, to ensure through an investigation or inquiry first to make sure the environment-housing is safe and poses no inpending harm for plaintiffs safety and health.

174) All Defendants conspiredly deliberately, Breached thus their ministerial lawful duties, to remedy, resolve the known inpending harm to plaintiff that exist in menard facility, general population and protective custody. that they learned from plaintiff Emergency grievances, lawsuits, and complaints to mental Health services. — Before they created and enforced the new stripout policy and taking all plaintiffs property.

175) Defendants all conspired to and allowed the policy to be carried out in a cruel and unusual and unnecessary and wanton inflictions of pain and mental suffering to plaintiff, by knowing and learned from the obviousness of their plans by 1.) ordering and allowed defendants to take plaintiffs property including all plaintiff's toilet paper for four days, was obvious plaintiff mental capacity would suffer

40

mix Emotional severe Anger, Distress, shock, Humiliation, AND Feeling harassed AND abused. AND Feel the same way about having no Hygien AND sheets For Four Days unable To clean one's self AND NOT having Anything To wipe ones self using the Toilet To Defecate.

176.) AS A Result OF DeFeNDANTS MR. Wills AND John Doe's staff created the AND ordered the New Policy Practice To Take All PLAINtFF's Property When ReFuse To move To General Population, Caused PLAINtIFF to suFFer severe Psychological Anguish, Distress, shock, Anger, Humiliation AND selFharm thoughts, that All DeFeNDANTS knew PLAINtFF hAD A Psychological mental ill Disorder, unable To cope, lacking impulsive control and hAD selFharm TenDency's AND Behaviors.

177.) AS A result of All DeFeNDANTS ENForceD and Allowing the Strip out Policy conspiredly All DeFeNDANTS and John Doe's Authorities Responsible, Against and inFlicted on PLAINtFF, All DeFeNDANTS caused PLAINtFF To Be, shocked BlinDsiDeD, surprised At the saiD cruel, abuse, AND manner ways of how they carryout the stripout Policy and 2) and caused PLAINtFF unwanted severe Anger, Distress, Humiliation, Exacerbated mental ill selFharm Thoughts and serious selFharm Emotional Breakdowns.

178.) Due To DeFeNDANTS All conspiredly ENForced the stripout Policy For the very Purpose To Target PLAINtFF in order

41

To FiND NEW WAYS To Deceit Fully hAve PlAiNtiFF PlAceD AROUND iNMAte ENEMiES iN orDer To get PlAiNtiFF killeD or seriously AssAulteD. iN RetAliAtioN For the PlAiNtiFF TRANSFerreD iN For A StAFF AssAult aND 2.) BecAuse PlAiNtiFF FileD the EMergeNcy lAwSuit JoNes v. wills No. 23-2804, NuMerous GrievANces aND FAMily cAllíNg MeNArD FAcility To check oN PlAiNtiFF, thAT EXPoseD All DeFeNDANT PlANS AND HArAsSMeNT aND threAts To kill PlAiNtiFF theM selF, iN Thus cAse.

179) All DeFeNDANTS CoNspireD To PlAce PlAiNtiFF iN DANgerous hArMFul cell coNDitioNS iN NorThTwo HousiNg cells 518, 507, aND 504, iN orDer To ProvokeD AND ActuAlly DiD cAuse PlAiNtiFF serious PsychologicAl DePressioN, ANger, DistreSS, AND selFhArM thoughTS. lost of sleep aND PHYSícAl PAiN AND haD suFfereD thus iNJuries AS A result.

180.) DeFeNDANTS MR. wills aND JohN Doe's LieuteNANTS, sergeANT aND All DeFeNDANT hAve coNspireD To coNtiNue eNForce aND cArry out thier stripout policy AND plAce PlAiNtiFF iN a repeAteD uNcoNstitutioNAl psyschologicAl aND PAiNTul cell coNDitioNS with No Toliet PAPer, sheets, BlANkets aND No HYgieN For Four DAYS with the TAkiNg OF All PlAiNtiFF other ProPerty as A PuNishMeNt aND MeANT To Torturely iNFlict PAiN.

182) DeFeNDANTS MR. wills, I.D.o.c. AND MS. Hughes AlreADY hAve DisciplíNARY Rules aND RegulAtioNS oF PuNishMeNT Due Process ProceDure ENActeD AND BeiNg eNForceD throughT the ADJustMeNT coMMittee PursAuNT To 504.20.

42

182) IN Violations of Subpart A: Administration of Discipline Section 504.20 ministerial Duties All Defendants conspired To and created and Enforced the New Stripout inmates and Plaintiff whom Refuse A Designated housing or Refuse To leave an Area or Disobeying a Direct order By:

183.) Section 504.20 States that "No individual in custody (Plaintiff) Shall be Found guilty of any violations of this part without A hearing Before the Adjustment committee or Program unit."

184.) Defendant mr. wills and John Doe's Authorities ordered and Directed Defendants mr. Farrar, mr. Hall AND officers write Plaintiff Disciplinary Rule violation Reports For THE Plaintiff Refuse To leave the Area North Two Housing, Disobeying a Direct order. on 8-28-25 and 9-26-25.

185.) All Defendants knew Because they wrote Plaintiff An Disciplinary Report on 9-26-25 For Refuse To leave and Go To General Population they was Prohibited From FINDING Plaintiff Guilty of the violation, without A Adjustment committee Hearing. But Found Plaintiff Guilty Arbitrary without a Hearing with the Enforcing the Stripout Policy on 9-26-25 AND Took All Plaintiffs Property.

43

186.) ON 10-22-25 At Sickcall, DeFeNDANT MR. Berry threatenly Told PLAIN-TFF "they couldn't Get you, on Two Gallery = that should Be your Next move" you CAN File Alot oF Grievances Down there".

187.) Thus that DeFeNDANT mR. Berry PlACeD PlAIN-TFF on Notice the All DeFeNDANTS Conspiring To Put PlAIN-TFF on Two Gallery Because it's known As the gallery OFFicers ReFuse To FeeD InmAtes, ReFuse InmAtes Showers GND YARD and cells Houses most InmAtes whom Smear Feces AND urine in the Cells and officer Turn OFF the Tollet and water, — As A Practice, Policy AND Scheme OFFicers AND All DeFeNDANTS conspiredly use To IntimiDAte, HArass, AssAult AND retaliate AgAInst InmAtes with Two Gallery known harmFul conDiHons.

188.) DeFeNDANTS mR. Berry AND John Doe responsible OFFicers AND Authorities conspiring To conHnue FIND AND PlACe PlAIN-TFF in Psychological severelly HarmFul cell conDiHons on Two Gallery, in orDer To conHnue RetAliAte AND cause PlAIN-TFF unstAble having DepressionAl selfharm Break-Downs, causing the Increase on going substAntiAl risk of InPRNDING Harm To PlAIN-TFFs health.

189.) thereFore thus PlAIN-TFF will conHnue have unwANTeD serious mentAl ill serious self harm physical inJuries and BreAkDowns As A result oF PlAIN-TFFs conDiHon oF conFinement.

44

## B. PLAINTIFF IN IMMINENT DANGER

1.) DEFENDANTS MR. WILLS, MS. NICHOLSON MR. HALL, John Does Lieutenant, MR. Williamson. John Does Authorities whom responsible created and enforcing a stripout policy in a severe degrading manner, that only produces, severel harmful Psychological and Distressful conditions, on the PLAINTIFF and other inmates.

2.) PLAINTIFF is Diagnosed with Post traumatic stress Disorder (PTSD), Depression Disorder, impulsive control Disorder, cluster B. Personality Disorder, Emotional selfharm Breakdowns Disorders, Poor coping Abilities, and a serious mental illness By Defendants mental Health services.

3.) Plaintiff mental Disorders causes PLAINTIFF a thinking disability, concentration disability, unable to care for his self disability,

4.) PLAINTIFF Also suffer From severe Painful conditions that PLAINTIFF suffer Physical disabilities such as lifting, walking, holding heavy objects, Bending and turning, concentration, raising his Arms without Pain, and setting still to long causes Pain. and a nerve Damage in plaintiffs Both arms, right Hand. and right surgery Hernia Area,

5.) thus plaintiffs mental disorders, Pain and disabilities severelly exacerbates by history is known by all Defendants mental

45

Health services and medical services, created documents of plaintiffs medical and mental health records for the last past 20 years.

6.) Defendants ms. Nicholson, ms. Morris, Centurion Health services and John Doe Psychiatrist conspired to help, allow, enforce the stripout policy gave all defendants joint knowledge of the cause and side effects or impact that the stripout policy would have on plaintiff as a mental health patient with mental disorders and history like plaintiffs.

7.) The defendants have threatenly told plaintiff directly and indirectly that plaintiff will be subjected to the stripout policy every 3 to 4 weeks when plaintiff disciplinary seg. time expire and plaintiff refuse to leave and go to Easthouse general population where inmates and officers waiting to kill and seriously assault plaintiff.

8.) Defendants mr. Williamson John Doe Northtwo Lieutenant on 9-26-25 told plaintiff it's the new policy, carrying out ministerial duties.

9.) On a unknown date defendants mr. Hall said "were going to keep doing it until you kill your self Jones." And defendants mr. Williamson said the same thing while the nurse was taking out plaintiffs medical stitches about 10-19-25 in sickcall harassing the plaintiff. thus that 1.) Defendants all conspired subjecting the plaintiff to stripouts and harsh conditions knowing plaintiff is causing plaintiff serious physical imminent harm and

46

27) Therefore All said All DeFeNDANTS conspiredly subjecting PLAINTIFF to Harsh conditions causing mental serious Harm.

20.) All DeFeNDANTS Conspiredly ENForcing a Policy Practices and custom oF PlAcing PLAINtIFF IN Psychological HARmFul cell conditions and Stripout cell conditions they know will cause PLAINTIFF AND other INmAtes serlous mental ill DisorDers and selfharm in orDer To Force DeFeNDANTS To Get PLAINTIFF and them out the cell conditions.

11.) Some oF these NorthTwo cells Are so Feces and urine covered or Been IN the cells so long that its over 60 Bugs, Nets and Flys and maggotts in the cell and smell so stronge it's impossible To EAt our meals and reFuse, AND it's harD To Breath ond cause PLAINtIFF To choke.

12.) PLAINtIFF HAve no other Remedy At law But To Turn To the COURTS as Because DeFeNDANTS mr. wIlls, ms. morrIs, Centrion Health services Are responsible as supervisors and Authorities envolved whom created, Directing AND orDering their stAFF oF All DeFeNDANTS To carry out the Duties of the stripout out Policy's, cell PlAcements, and Allowing it. and their the only ones whom CAN stop and change this Policy's But ENForcing it insteAD as ADministrative Decisions.

47

13.) That it's DEFENDANTS ADMINISTRATIVE DECISIONS OF MR.WILLS, MS.MORRIS, CENTURION, AND JOHN DOE'S AUTHORITIES OF CELL PLACEMENT DECISIONS, STRIPOUT DECISIONS AND INVOLUNTARY CRISIS WATCH PLACEMENTS UNTIL TALK TO A PSYCHIATRIST, POLICIES, WHEN ENFORCED CAUSED PLAINTIFF SAID MENTAL AND PHYSICAL INJURIES.

14.) WITHOUT A INJUNCTION RELIEF PLAINTIFF WILL SUFFER IRREPARABLE SERIOUS PHYSICAL INJURIES, IN THE IMMINENT FUTURE BY DEFENDANTS STRIPOUT POLICY AND CELL CONDITIONS AND THE CONSPIRACY TO MOVE PLAINTIFF AROUND HIS ENEMIES AND SCHEMES.

15.) THE BALANCE WIEGHS IN PLAINTIFF FAVOR AS IT'S IN THE PUBLICS INTEREST TO HAVE THE UNCONSTITUTIONAL CONDITIONS IN VIOLATIONS OF THE CONSTITUTION OF THE UNITED STATES TO BE REDRESSED AND PREVENT.

16.) NO HARM TO DEFENDANTS WILL OCCUR BY A GRANT OF INJUNCTION RELIEF THE COURT DEEMS PROPER.

17.) AT ALL TIMES ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL, PERSONAL AND OFFICIAL CAPACITY WHERE LAW ALLOWS AND HAD ACTED UNDER COLOR OF ILLINOIS LAW AND USAGE OF PROPERTY.

48

18) All Defendants had a duty to protect plaintiff from the threats and reasons he reported to them why he refuse to leave Northhouse.

18) Plaintiff is being ignored and prevented from receiving adequate medical pain relief treatment while on 10, 15 and 30 minute watch status by defendant Centurion and I.D.O.C. medical staff policy unable to file sickcall.

19) Acting with deliberate indifference defendants Mr. Wills and John Doe grievance officers refuse to exercise their authorities to intervence to rectify and stop all said all defendants from routinely placing plaintiff in the harmful difference cell conditions, 2) and prolong crisis watches, and schemes trying to move plaintiff to easthouse to have plaintiff killed and assaulted.

20) At all times all defendants acted malicious and sadistically for the purpose to cause harm to plaintiff, intentional, willfully, wantonly, retaliational, aid and abetting, bias discriminational, breach of duties, deliberately reckless, disregard for plaintiffs safety, allowing all defendants all said actions and motives, conspiracy, and carrying out all said policies.

21) Defendants all conspiring to keep plaintiff mentally ill and unstabled using stripout policys practices to provoke plaintiff selfharm and kill plaintiff and falsify plaintiff committed suicide, was their motives and scheme to watch wait, allow plaintiff to selfharm. Fail to protect plaintiff.

22) Plaintiff continue having self harm thoughts, angry and in fear now since as all defendants conspiredly is

49

ENForcing the StripouT Policy IN DIFFereNT SAID HarmFul MANNers AND PlAINTIFF BOING DenieD mental HeaHh TreatmenT. as a Policy Practice oF All DeFeNDANTS oF AuthorTty.

23.) All DeFeNDANTS Conspiredly racistly AND or BiAS DiscriminationAlly DiscriminATeD againsT PlAINtiFF By 1) HAD DeFeNDANTS John Doe Psychiatrist FAlsiFy his Decision PlAINtiFF Do NoT NeeD ANy medicAl TreatmenT and Do NoT ProviDe EFFexers aND wellButrINS To INmATes No more, as a Policy oF centurion HeaHh services. oN 10-6-25.

24) thus PlAINtiFF KNew DeFeNDANTS John Doe Psychiatrist WAS lying Because there's INmATes IN the AreA PlAINtiFF KNowS is receiuing wellButrINS Psychiatrist TREATmenT.

25) All DeFeNDANTS conspiredly Denied PlAINtiFF All medicAl TReATmenT, services aNO reQuest thats FoR To cure, HeAl, staBlize aND stop PlAINtiFFs mentAl lll Disorders AND PreuenT PlAINtiFF serious selFhamm mentAl Disorders aND Distress while oN crisis watches WAS the Direct cause oF PlAINtiFF UNABle To cope IN the StripouT and crisis watch cells CONDitions without selFharming To RelleVe the Distress WAS KNew By All mentAl HeAHh staFF DeFeNDANTS From PlAINtiFF History oF TreatmenT Files RecoRDS,

50

C. __All DEFENDANT STRIPOUT POLICY is a ruse-Pretext:__

1.) DeFENDANTS. wills, is responsible For TO Approve PlaintiFFs Two MANS Cell PlaceMENT STATUS, RecommeNDED By the JANe and John Doe DeFeNDANTS whom responsiBle To review AND investigate Plaintiff mental Health, meDICA) and Security needs AND Status. BeFore Determining iF It's safe For PlaintiFF Placed in the cell with other inmates.

2.) DeFENDANTS mR.wills, JANe Doe's and John Doe's meDICA), menta) Health and security staff, All whom responsiBle, knew the PlaintiFF WAS NOT Eligible For A Two mAN Cell PlaceMENT Due To PlaintiFF medical AND mental Health status conDitions AND safety needs and security needs status. FROm thus RecorDS, inFormation History, and GrievANCeS, AND ENEMY List and plaintiFFs murder convicHons.

3.) Acting with DeliBerate inDiFFerence, All DeFENDANTS ConspireD To Ignore PlaintiFFs not Eligible To Be PlAceD in a cell with Another inmate AND in Easthouse and Protective CustoDY AND Population in menard, in orDer To Put PlaintiFF arounD the known officers. AND inmates ond DeFeNDANTS mR, kulich, AND mR.Garcia whom they leArneD threaten To kill AND Assault PlaintiFF or have it planned Done To PlAintiFF.

4.) All DeFeNDAnTS ConspireD)y knew PlaintiFF woulD ReFuse To Go To General population AND Protective custoDy in menard For his own safety AND ProPection From the DeFeNDANTS AND inmates VerBA) threats AND warNings. or PANIC have A serious selFharm BreAkDown in Distress AND Fear iF ForceD TO Go, From PlaintiFF GrievANCes,

51

5.) All Defendants conspiredly further had been on notice from their years of employment, that menard population, is a condition of a long history of inmates and gangs on a weekly basis walking around with home made knifes, having fights, even in the showers fights and running in inmate cells to assualt inmates, and officers conspiring with inmates to assault inmates. So excessively that excessive inmates refuse to go to general population is plaintiff and other inmates only safety from thus harm while in menard facility.

6.) Defendants mr.wills, mr.reichert, John Doe Grievance officers, centurion, ms. Nicholson, mr.davis, ms.Hughes and all whom responsible from knew plaintiffs mental health, physical, medical and grievance history of being in menard, acted with deliberate indifference to plaintiffs health and safety by placing, housing and or allowing plaintiff housed in menard and remain in menard facility with the all said defendants, and inmates they known to have threaten to kill and assault plaintiff and said the plaintiff was on their list to have plaintiff harm.

7) Defendants mr.wills, mr.reichert and John Doe Grievance officers knew defendants ms.Nicholson was deliberately falsifying plaintiff mental health treatment plans dated 9-26-25 to deprive plaintiff adequate and no mental health treatment on behalf of all defendants conspired plans to

52

HAVE Plaintiff HARM AND COVER up All DeFENDANTS Conspiracy oF carrying out the warning threats SAID BY DEFENDANTS MR. Kulich From Plaintiff Grievances AND lawsuit Jones V. wills 23-CV-2804-DWD — thus GAVE ENOth Knowledge AND Put THEM ON Notice MS. Nicholson WAS Acting on other STAFF Behalf Proved A Conspiracy EXISTED AND WAS real against Plaintiff SAFety, Health AND liFe.

8.) ON 10-25-25 AGAIN DeFENDANTS MR. wills, MR. Berry, MR. John Doe Sgt. "A", JANe Doe mental Health STAFF, MR. Hohgrefe conspired To ENForce the STrip out Policy AND Took All Plaintiffs Property, BecAuse Plaintiff refused To move To General PoPulation Housed with EXcessive ENEmies whom threaten To Kill Plaintiff.

9) this time DeFENDANTS MR. Hohgrefe AND John Doe Sgt. "A" Allowed the Plaintiff To keep his Toilet Paper, sheet AND BlANket, AND Hygien when they ENForcAD the strip out Policy on 10-25-25 At Cell 623, thus Proved that All DeFENDANTS Conspired To on 9-26-25 Took All the Plaintiff Property including the Toilet Paper, sheets, BlANKet AND Hygien WAS the specific Acts To cause more harm and It WAS No real Policy. they Followed.

10.) All DeFENDANTS whom Responsible, and MR WINe, MR. lynch, AND John Doe Sgt. "A" ON 10-28-25, DeFENDANT MR. BArtHlBoH ON 10-29-25, MR. JohNson ON 10-30-25, All ConspireDly ReFuse To Give the Plaintiffs Property BACK until 10-31-25. iN orDer To Prolong AND CAUSe Plaintiff Psychological harm AND retaliated. when Plaintiff ASked them For his Property BACK.

11.) ON 10-31-25 At Cell 623 ABOUT 8:10 Plaintiff To DeFENDANT MR. Dillman SAID " whats up with my Property I NeeD AN Crisis TeAm; thus Being mentally DistressFully FeD up

with DEFENDANTS Conspiracy refuse To return PlAINtiFFs Property having selfharm thoughts.

12.) DEFENDANTS MR DIllmAN, Brung PlAINtiFFs Property About 12:10, conspiredly ON All DEFENDANTS behalf Due To PlAINtiFF Asked For A crisis team believed was going To selfharm Being Fed up holding It over Four DAYS.

13.) Because the second time DEFENDANTS MR. WINe, MR. BARRY, MR. WillS, MR. John Doe sgt. A., MR. lynch AND John Doe's Authority and officers responsible conspired To Kelp PlAINtiFF Property over Four DAYS, From 10-25-25 To 10-31-25 For 7 DAYS, thus the PlAINtiFF AND DEFENDANTS All NAMED knew It wAS ACTUAl No Four Day Strip out Policy and All DEFENDANTS wAS conspiringly Just Arbitrary doing what ever they WANTED To Do. For the very Purpose To cause PlAINtiFF serious DIStress, PAIN AND suffering AND To retaliated For All Grievances, PlAINtiFF Being Filing and the lawsuits against them and STAFF, and carrying out their threats.

14.) ON 10-29-25 PlAINtiFF hAD A serious selfharm unwanted break-Down cutting his arm To relieve the anger, Distress AND Frustrational Condition caused From All DEFENDANTS refuse To Give PlAINtiFF his Property BACK. But DID NOT Report the selfharm To Aviod Being Put ON suicidal watch. UNABle To cope in DEFENDANTS All NAMED Createdly conditions oF conFinement subjecting PlAINtiFF To.

15.) All DEFENDANTS conspiredly About 10-29-25 whom responsible gave other inmates they Property BACK, they Took ON 10-25-25 By DEFENDANT MR. BArtHe BoH on 6 Gallery But NOT PlAINtiFF.

<u>Causes OF ACTION**S**:</u>

1) All Previous Paragraphs of this Complaint AND Factual Allegations, is Incorporated into Each Count Claims AS restated and references: including all counts allegations and claims is Incorporated into Each Count AS Added Facts to support Each Count claims as follows:

2) <u>Count I.</u> States A Deliberate indifferance to Plaintiff serious mental Health needs, against all Defendants Being in Violations of Plaintiff 8 and 14 Amendment united States Constitutional Prohibited clause and the 14 Amendment immunity and Due Process clauses

3) Defendants mr. Hall, mr. Ethlers, mr. williamson, John Doe lieutenant Refuse to Prevent and watched Plaintiff Selfharm cutting his arm in the Door window, while Screaming for a crisis Team, on 9-26-25

4) On 10-3-25 Defendants mr. Hall, mr. Dillman and mr. Berry Refused to Feed Plaintiff lunch meal, caused Plaintiff to threaten to self harm out of Anger and Distress.

5) Defendants mr. Hall mr. Dillman cuffed Plaintiff up to checked the cell Because they thought Plaintiff was already selfharming in the Back of the cell 518,

6) Plaintiff told Defendant mr. Davis, mr. Berry, mr. Hall and mr. Dillman when I Find some to cut up with Im Tell you I'm Going to cut up if I Don't Get Feed.

56

7.) DEFENDANT MR.HALL AND MR.DILLMAN PLACED PLAINTIFF BACK IN Cell 518 AND NOTICED A PAPERCLIP ON THE BED CONSPIREDLY PLACED BY DEFENDANTS MR.HALL AND or MR.DILLMAN, BECAUSE they the ONES ~~checked the~~ Cell 518.

8.) DEFENDANT MR.DILLMAN came TO See IF PLAINTIFF WAS SELFHARMING yet AND CALLED DEFENDANT MR.HALL when he seen PLAINTIFF Bleeding AND SELFHARMED,

9.) PLAINTIFF Stop SELFHARMING AND HeID up A BLANKET AS DEFENDANT MR.HALL OBVIOUSLY WHISPERED WAS TOID DEFENDANT MR.DILLMAN TO MACE PLAINTIFF, RegarDless WHEN PLAINTIFF WAS COMING TO the Door TO CUFF up.

20.) tHAT DEFENDANTS MR.DAVIS MR.HALL MR.Berry MR.DILLMAN PLACED PLAINTIFF BACK IN Cell 518 TO SELFHARM, INSTEAD Doing something To Prevent the SELFHARM, INSTEAD CONSPIRED TO Leave a PAPerclip ON the BeD TO Allow AND WAITED For PLAINTIFF ANoth time DO SELFHARM, KNOWING PLAINTIFF mental ill SELFHARM DISorDer EXACERBATED.

12.) later ON 9-26-25 DEFENDANT MR.GARRETT, Lt.mercer, AND JoHN Doe CONSTANT WATCH OFFICER, A UNKNOWN Lieutenant, Five Gallery OFFicer AND other OFFicers CONSPIREDLY Put PLAINTIFF IN the Feces SmeAreD Cell) 507 PSYcHological HarmFul KNOW EFFECtIve CoNDItIoN, ON BEHAIF For All DEFENDANTS ON DAY ShiFt. ON 10-3-25 ABOUT 4:20 AFterNune.        56.

12) DeFendants mr. Garrett, and the John Doe Gallery officer, John Doe constant watch officer watched Plaintiff looking and finding the metal Hole and pieces to selfharm with in order to for them to move plaintiff out of cell 507 cruel and painful conditions— and did nothing to stop plaintiff.

13) Defendants mr. Garrett, John Doe's constant watch and Gallery officers watch plaintiff cut his arm severely bleeding and write a blood message on the wall if plaintiff died. and allowed plaintiff to continue until they decide if they could not claim a imminent suicide.

14) that defendants mr. Garrett John Doe's constant watch officer and five Gallery officer and others watched and refused to entevene to stop and prevent plaintiffs selfharm before it occurred and while doing so. About 5:00 to about 6:30 p.m.

15) All defendants subjected plaintiff to the cell conditions in cells 618 stripout with no toilet paper, hygien, sheets nor towels known necessary basic needs and cells 518,507 caused plaintiff serious mental ill disorders to exacerbate to distress and bodily pain and selfharm thoughts and behaviors they knew and suspected would occur, reasons had defendants ms. Nicholson do a mental health crisis report assessment, first on 9-26-25. that defendants never did before when placing plaintiff and inmates on property stripouts.

57

A. INVIOLATIONS of DeFeNDANTS PRISON OFFICIAL OWN Policy A.D, 04.04.100 DeFeNDANTS MS. NIChOlSON MS. MOrriS AND MR. DAVIS ReFuSeD To ReleASe PLAINTIFF OFF crisis WATch STATUS ON 10-1-25 KNOWING PLAINTIFF PersoNAlly ReQuest AND DeMAND TO Be RelleASe AND ReFuSeD All Mental HeAlth services, IN order To keep PLAINTIFF IN the harmFul stripout conDitions, longer To suffer harm.

B. ACting with DelIBerate INDIFFerence DeFeNDANTS John Doe lievtenANT, MR. HAll AND MR. WIlls Set In motion conspiredly with DeFeNDANTS MS. NIcholSON MS. MOrriS AND MR. DAVIS BY ENForced the stripout Policy For PLAINTIFF To Be ShockeD, surPriseD AND Become ANgry AS A strategy.

C. All DeFeNDANTS ConspireD To use the stripout Policy To EXAcerBAte PLAINTIFFs mental ill Distress AND serIous selFharm BreAKDOWNS then useD the mental HeAlth services To Psychological Torture PLAINTIFF To loose his SANITy. that DID occur using NASTy RUSTy metal Pieces To selFharm with.

D. PLAINTIFF Is BeING routinely SUBJecteD To the stripout Policy No Toilet Paper Four DAys CAusING PLAINTIFF ANger AND selFharm thoughts BeING AlloweD BY All SAID DeFeNDANTS. Depending on whom come To TAKe the PLAINTIFF Property.

58

E.) All Defendants conspiredly subjecting Plaintiff schemes To have Plaintiff seriously assaulted or killed and 2.) using a stripout practices-policy in different ways arbitrary every time to make it a hardship to cause Plaintiff harm.

26.) <u>Count 2.</u> States a unconstitutional conditions of Confinement claims against all Defendants being in violations of Plaintiff 8 amendment and 14 amendment United States Constitution of the prohibited clauses and Due Process substantial entitlement clauses.

27.) All Defendants conspired to and allowed the Plaintiff to be deprived of his basic human necessary needs such as Food, medical care without delays, sanitation clean cells Physical safety, toliet paper, Hygien, a safely environment, and mental Health adequate services and treatment. AND

28.) All Defendants conspired to and allowed their stripout Practice new Policy be used to punish Plaintiff and 2.)AND to be used to deprive Plaintiff his said basic human necessary needs stated in paragraphs      and within this complaint.

29.) All Defendants conspired to and Allowed their Policy of keeping Plaintiff on 10, 15 and 30 minutes suicidal and crisis watches on saterdays and Sundays arbitrary and as a Prolonging Placement on watches, in unsanitary Psychological and Painful cell conditions to be used in a harmful manner.

20.) All Defendants conspired to and allowed thier Policy to be used of Keeping Plaintiff on 10,15 and 30 minutes suicidal and crisis watch status arbitrary, against Plaintiff will and consent, until Plaintiff agree and talk to a Psychiatrist, even when Plaintiff do not Pose

59

Any threat of Harm nor imminenent harm to himself.

21.) All DeFendants conspiredly Enforce unreasonable the Policy of deprived Plaintiff medical Treatment and services while on crisis watch.

22.) Plaintiff repeated toio Defendants ms Nicholson, mr. Davis and Jane Doe nurses needed to see a Doctor for Pain medication and was ignored Because Plaintiff was on crisis watch.

23.) A unknown nurse gave Plaintiff Tylenol But the DeFendant mr. Hall took the Pack and thrown it away on 10-3-25 Because it was outside Plaintiff cell 518. when searched the cell.

24.) Plaintiff was denied showers, Hygien, clean smocks clothing, underwear, shoes or showershoes to wear Force to walk in Flooded water with Feces and urine Barefeeted, Forced to sit and lay on Nasty Feces and urine and rusty stained and smelly mattresses with a small Blanket that was inadequate to cover the Bed.

25.) Defendants mr. Hall, mr. Dillman, mr. Davis, ms. Nicholson, mr. Appel and other John Doe Officers denied all Plaintiff request For showers, Hygien, underwear, cell cleaning and to Be moved on 9-27-25 to 10-10-25.

60

26.) COUNT 3. States a Retaliation claims agains all the Defendants being in violations of Plaintiff 1, 8 and 14 amendment united states Constitutional rights of the Prohibited clauses

27.) Because Plaintiff filed the lawsuit Jones v. wills No. 23-2804-DWD, and Grievances concerning thus Case, in Retaliation Defendants mr. will, mr. Kulich, mr. Garcia, mr. Bent conspired with northtwo officers To harass Plaintiff, on their Behalf.

28.) All Defendants Conspired To Aid and Abetting in the Retaliations created by Defendants mr. Bent, mr. Kulich, and mr. Garcia and other officers threats that the Plaintiff was on their list To Be Assaulted and killed For Transferred To menard For a staff Assault.

29.) In Retaliation For filed Grievances against Defendants of Trying to send Plaintiff To General Populations, All the Defendants Retaliationally arbitrarily without Due Process of the law created and Enforced the new stripout Policy against Plaintiff in said manner.

30.) In Retaliation Because Plaintiff exercised his First Amendment Freedom of speech and filed Grievance on 10-3-25 against All Defendants Responsible For Took Plaintiffs Property on 9-26-25 including on DAR. Hall, John Doe lieutenant, ms. Nicholson, thus Defendants mr. Hall mr. Dillman mr. Berry mr. Davis and mr. williamson Conspired To Allow and Turned ablind Eye and Refused To Feed Plaintiff and caused Plaintiff selfharm Distress.

31.) All Defendants conspired to and Retaliated by subjecting Plaintiff to the harmful conditions of confinement and all said violations of Plaintiff constitutional Rights and all said injuries and suffering because Plaintiff Filed continued Grievances against them and prison staff and Menard facility Northtwo House conditions.

32.) _COUNT 4._ states a Failure to protect claims against all the Defendants being in violations of Plaintiff 8 and 14 Amendment united states constitutional rights of the Entitlement clauses and the prohibited clauses.

33.) All Defendants conspired to and Refuse to protect the Plaintiff from their individual and participating conspiracy to cause Plaintiff mental and physical harm with their policy's From 1.) the stripout policy in the said manner. 2.) the policy of arbitrary holding Plaintiff on crisis watches against Plaintiff will and consent until Plaintiff TALK TO A psychiatrist in the form of a blackmail tactics, 3.) arbitrary policy that sundays and saterdays not allowing Plaintiff to be stepped down or off crisis watches Just Because it's the weekends and 4.) the policy of not allowing Plaintiff to wear shower-shoes and underwear and 5.) the policy practice of not Reporting to proper authorities the mental and physical

68

HARMS, ABUSE AND ASSAULTS BeiNg iNFlicted AGAiNSt PlAiNtiFF As StAted AND ShowN iN the CompLAiNT By State EmpLoyees AND DeFeNDANTS ActiONS. AND 6.) the Policy PrActice oF DeFeNDANTS ArBitrAry ignoring the SUBStANtiAl risk oF iNPeNDiNg hArm oF PlAciNg AND TryiNg To Force PlAiNtiFF iN DANgerous AreA's oF GenerAl PoPulAtiON aND Protective custoDy where they KNOW NumerouS iNmAtes threAteN To kill AND seriously ASSAult PLAiNtiFF AND will DO SO.

34) thus PlAiNtiFF Filed three seperAte GrievANces UNDer the EmergeNCy ProceDures, StArting iN ABOUT 6-29-25, To DeFeNDANTS mr. Wills AND John Doe's GrievANce oFFicers To Resolve AND For Protection.

35.) thAt All DeFeNDANTS mr. Wills AND those ResponSiBle John Doe's Authority, hAD JoiNt ResponSiBility ActuAl KNOWleDge oF the serious threAts AND iNPeNDiNg HArM To PlAiNtiFF iF PlAiNtiFF is Forced iN or PlAceD iN General PoPulAtiON aND Protective custoDy iN menARD FAcility siNce iN ABOUT 6-29-25 BeFore they creAted AND ENForced the New StripoUt Policy ON 9-26-25, AS A ruse. From PlAiNtiFF SAiD GrievANces AND verBAl ComPlAiNTS To DeFeNDANTS MS. NicholsON, mR. WiNe, mR. DAViS, AND John Doe psychiAtrist.      63

36.) including Defendants mr. Wills and John Doe's Grievance officers knew from Plaintiff Grievances, that the New strip out Policy enforced in said manner, would cause Plaintiff mental ill Disorders to exacerbate and cause Plaintiff serious mental ill distress and self harm thoughts, self harm Break-downs about 9-8-25 prior to before the created and enforced the New strip out Policy on 9-26-25.

37.) Defendants mr. Wills, John Doe Grievances officers, Ms. Nicholson, Ms. Morris, Mr. Davis and those John Doe's Responsible Authorities also knew over a year prior to 9-26-25 that 1.) that their mental Health crisis watch cells being used by them, conditions of the cells was a pattern practice being in the same conditions that Plaintiff described in paragraphs as stated and some cells worse, from excessive inmates Grievance and also lawsuits like lipcomb v. Wills No. 24-CV-01232-smy (S.D.Ill.). and others and 2.) knew prior to 9-26-25 the crisis watch cells pose and subjected mental ill patient inmates to severe mix emotional distress, self harm thoughts and self harm due to the unbearable smears Feces, lack of water and nastyness of the cells caused thus symptoms.

38.) Defendants John Doe Five Gallery officer and John Doe's officers responsible whom put Plaintiff in cell 507 was Deliberate indifference to Plaintiff safety by

64

HAD a lawful ministerial Duties To shakedown-Search the cells To make sure their was nothing IN 507 PlaintiFF can easily use To selfharm with, and 2.) and knew the metal bunk had Rusty metal Holes AND with sharp edges that could be picked off or reach in AND FIND rusty excessive metal Pieces that Failed To the floor From the Holes edges. Because the Hole was clearly observeable To ANY whom inspected the cell in a shakdown manner, or looked down close enoth at the bunk.

39.) Defendants mr. wills, ms. morris and John Does whom Responsible, ms. Dolce, Centurion Health services All had a individual or Joint responsibilities of lawful ministerial Duties To learn of metal Holes and Pieces in their metal bunks, and Remove the harmful risk and inpending harm To plaintiff that the metal bunk posed To mentalill selfharming inmates and plaintiff — thus through their inspection Tours or ordering inspections of the cell be conducted or 2.) or breached thus Duties AND Failed and refused To ensure the cells are inspected To Discover cells 507 and 504 metalbunks had rusty holes with excessive metal pieces on the floor used To selfharm. Disregarding the cells Deteriorated. was Deliberate indifference. To plaintiff Health-safety. 65

All Defendants conspiredly refusing To Protect Plaintiff From the inpending threats and harm that they know will occur If Plaintiff Go To General Population in menard that Plaintiff Reported To them. By ignoring it.

40) __COUNT 5.__ states a intentional Inflictions of Emotional Distress claims Against All Defendants Being in violations of Plaintiff 8 and 14 amendment United States Constitutional rights.

41) All Defendants created and Enforced All said Policy's Against Plaintiff know it would and actually caused Plaintiff severe anguish Emotional Distress and serious unwanton self harm Physical injuries.

42) All Defendants conspired To abuse their state employment Policy's Duties, To cause Plaintiff the mental and physical injuries stated, that they All knew have and had a law ministerial Duties To PreventAND Protect Plaintiff Obtaining said harmful injuries.

43) All Defendants conspired To and used their authorities and state of Illinois Premises and property in an unlawful manner as a abuse, Extreme and outrageous and reckless conduct, in order To Retaliated and Bias Discriminated.

44) __COUNT 6.__ states a Excessive Force claims Against All Defendants Being in violations of Plaintiff 8 and 14 amendments, of the Prohibited clause and Due Process Protection clauses.

66

45) All DeFendants Conspired To and use psychological Excessive Force with the use of their all said policies To Restrain and prolong Plaintiff on crisis watches in the said cells Dangerous known harmful condtions,

46) thus as a result caused Plaintiff severe inflictions of said Bodily pain, Headaches, stomachaches, Eye pain, neck and Shoulder pain, Feet, legs, Hips and Back pain for the very purpose To cause Plaintiff harm malicious and sadistically including severe Distressful Exacerbative Back, weakness Arms and Stomach Hunger pain.

47) DeFendants mr. Dillman sprayed Plaintiff in the Face, left Arm and left shoulder, and the spreaded mace in the air spreaded on Plaintiff legs, Back, and, neck. malicious and sadistically To cause Plaintiff Harm, AND Defendant mr. Hall slamm Plaintiff hand and Finding with the chokehole.

48) __COUNT 7.__ States a Assault and Battery Claims. Against Defendants mr. Hall and mr. Dillman. Being inviolations of Plaintiffs 8 and 14 Amendment unitedstates Constitutional rights of the prohibited clause.

49) Knowing Plaintiff was coming To the Door To cuFF up DeFendants mr. Dillman unlawful Assaulted by sprayed Plaintiff Two seperate times, that Plaintiff took oFFensive To.

50) DeFendant mr. Hall slammed the Hand cuFFing slot closed smashing and Busted Plaintiff Finger open Bleeding and Turned Black Bloody under the Plaintiffs Finger nail and swollen. Acting unlawFully

67

thus that PLAINTIFF TOOK OFFENSIVE BECAUSE PLAINTIFF WAS TRYING TO CUFF UP.

51) COUNT 8. STATES a DELIBERATE INDIFFERENCE TO PLAINTIFF SERIOUS MEDICAL NEEDS, AGAINST DEFENDANTS DEFENDANTS MS. CHOATES, MR. HALL, MR. WILLIAMSON, MR. BERRY AND MR. DILLMAN, MSW NICHOLSON, MR. DAVIS, MR. WILLS, JOHN DOE PSYCHIATRIST, BEING IN VIOLATIONS OF PLAINTIFF 8 AND 14 AMENDMENT CONSTITUTIONAL UNITED STATES RIGHTS BEING IN VIOLATIONS OF THE PROHIBITED CLAUSES AND DUE PROCESS ENTITLEMENT CLAUSES.

52) DEFENDANT MR. HALL TOID DEFENDANT TO JUST WRAP PLAINTIFFS ARM UP, SO HE COUID PUT PLAINTIFF BACK IN THE CELL TELLING DEFENDANT MS. CHOATES TO DON'T GIVE PLAINTIFF NO MEDICAL TREATMENT IN ORDER TO CONCEAL THEY SPRAYED PLAINTIFF WITH MACE AND SLAMMED PLAINTIFF HAND IN THE FOOD BOX.

53) DEFENDANT MS. CHOATES AGREED AND REFUSE TO PROVIDE THE PLAINTIFF MEDICAL EXAMINE AND TREATMENT FOR PLAINTIFF'S FINGER ON THE LEFT HAND AND BEING MACE.

54) DEFENDANT MS. CHOATES TOID DEFENDANT MR. HALL SHE GAT TO REPORT PLAINTIFFS SELF HARM BECAUSE NEEDED MEDICAL STITCHES.

55) DEFENDANTS MR. BERRY, MR. DILLMAN MR. WILLIAMSON ALL STOOD IN THE SICKCAII ROOM LISTEN TAIK FOOIISHNESS HARASSING PLAINTIFF HOW THEY WOUID OF SPRAYED PLAINTIFF WORSE IF IT WAS THEM.

68

56) Defendants Mr. Berry, Mr. Williamson, Dillman Refused To Entervene And Ensure Plaintiff Receive medical Treatment For the Plaintiff Being Maced and Busted Finger that was Required By their Policies Protocals when the use of Force is used.

57) Plaintiff Filed A Emergency Grievance To Defendant Mr. Wills On 10-23-25 Reporting medical services and Defendants Refusing Plaintiff medical services sickcall and Treatment For Plaintiff Busted Finger And Now infected, in order To cover up the Assault of Defendant Mr. Hall slammed the chuck Hole Slot closed on Plaintiff Finger and needs medical Treatment But they throwing Plaintiffs sickcall Request Away.

58) Defendant Mr. Wills and Grievance officers John Does Refuse to Respond in An reasonable timely manner and Refuse To Respond To Ensure Plaintiff receive medical Examinations and Treatment For the infected painful finger.

59) Defendants Mr. Dillman, Mr. Hall, Mr. Berry, Ms. choate Refuse To Give Plaintiff the Adequate care To get the Mace Off Plaintiff And caused Plaintiff To suffer Body Pain For three Days Because the water By itself would not Take the mace off so Plaintiff keep using milk instructed By A inmate.

69.

60.) <u>Count 9.</u> States a Deprivation of Equal Protection of the law claims against All Defendants being in Violations of Plaintiff 8 and 14 Amendment United States Constitutional rights and 42 U.S.C. § 1981.

61.) All Defendants conspired to and Targetedly Singled Plaintiff out to Deprive Plaintiff Protection From the harmful cell 507, 578, 504 and 618 conditions and Stripout Policy. While move other inmates.

62.) All Defendants conspired to and Refused to timely Respond to Plaintiffs Grievances while responded To others inmates Grievances.

63.) Defendants Mr. Davis, Ms. Morris Conspiredly Refused with John Doe Psychiatrist Deprived Plaintiff the Adequate mental Health medication Wellbutrins AND EFFExors was helpful to Stop or Slow Down Plaintiff selfharm Breakdowns while Allowing others such Treatment,

64.) Defendants John Doe Psychiatrist on 10-6-23 and Prior Said He and Centurion Do not Provide Wellbutrins and EFFExors No more For Treatment knowing he was lying to Plaintiff in order to Deprive Plaintiff the Expected Adequate Treatment Plaintiff Qualified For.

70.

Workcite Premises, Facility Premises, and used the menard Facility north Two Property and centurion mental Health services, documents mental Health Forms Property. And strip outs Policy.

72) D.) use Blackmail Policy Practices To keep Plaintiff on crisis watches until speak To A psychicatrist against Plaintiffs consent in vidiations of mental Health laws professional standards of Duties and care services.

73) thus As Result of Defendants mr. wills, ms. Hughes, I.D.O.C., centurion, ms. morris, mr. berry, mr. reichert, mr. wine, mr. lynch, John Doe lieutenants, John Does Authorities whom responsible and Grievance officers, thus as Authorities, Fail and refused to control All Defendants named individually and as a Hole. Was the cause of All Defendants Actions and motives as stated and 2) was the causation of Plaintiff All said mental and physical serious Injuries caused By All the Defendants breach of Duties out of control, committing All said count claims of this complaint.

74) All Defendants conspiredly said the strip out was For Four Days whom Plaintiff Talked To mr. wine, John Doe, lieutenant mr. williamson, mr. Hall, mr. Berry, ms. Nicholson and staff. on 9-26-25 and other days. — But the second Time All Defendants responsible took Plaintiffs Property the strip out was seven days, due To All said Defendants of Authority Fail and refuse To control the All Defendants Responsible Enforced the stripout Policy the First time and second time. —

73

75.) the First time, on 9-26-25 DeFeNDANTS TOOK All PlAINTIFFS Tolet PAPer, Hyglen, Sheets BlANket, Towels everything — BUT the secoND time on 10-25-25 DeFeNDANTS let the PlAINtFF keep his Tollet PAPer, Hyglen sheet, BlANket aND A Towel, — Due To All DeFeNDANTS oF Authority FAll AND reFuse To coNtrol All DeFeNDANTS aND StAFF whom is resPoNsiBle To eNForce the striPoUT Policy aND FAil To supervise aNO TRAIN All DeFeNDANTS AND StAFF.

76.) <u>CouNT II.</u> states a Due Process ProceDure aNO Due Process violations oF PlAINtFF 8, 9, AND 14 AmeNDmeNTS coNStItutioNAl uNiteD states rights AND IllINois coNStitutioNAl rIghTS ArtIcle 1. sectioN 1. aNO 2. — oF the eNtitlemeNT aNO ProhiBiTeD clauses.

All DeFeNDANTS ArBitrary, creAteD AND eNForceN the strip oUT Policy Practice aND custom, coNspireDly AgAINSt PlAINtFF without ANy TRAININg, GuiDNess Nor lAWFully aNd without lAWFul JustiFicatioN as APPliteD To PlAINtFF.

All DeFeNDANTS coNspireDly AllowiNg All DeFeNDANTS aNO StAFF To ArBitrary eNForce the stripoUT Policy, cellHouse PlacemeNT aNO cell PlacemeNT Policy without ProPerly TraiNeD or IN A mANNer DesigNeD To PuT PlAINtFF At risk IN DaNger.

All DeFeNDANTS coNspireDly AllowiNg All DeFeNDANTS AND StAFF To violate the Due Process DisciPlINAry aND ADJustmeNt committee Procedures aND PlAINtiFF suBstaNtial Due Process rights, To PuNisN PlAINtiFF, By DePriviNg PlAINtFF A HeariNg, DeFeNse aND AN APPeal BeFore All DeFeNDANTS coNspireDly AllowiNg AND keeP PuNishiNg PlAINtFF with the striPoUT Polley For ReFuse To move To GeNerAl PoPulatioN, aND makiNg cellmate AND HousiNg PlacemeNT DecisioNs.

74

65.) All DeFeNDANTS CONSPireD ABOUT 10-29-25 whom responsible Gave other inmates they Property BACK they Took ON 10-25-25 the same time DeFeNDANTS Took PlainHFFs Property For the same Stripout reasons, As Plain HFF watched DeFeNDANT MR. BarttleBolt Give the other inmates Property BACK, But ignored AND reFuSED To Give the Plaintiff his Property BACK, — Acting Biasly and Hostile Discriminationally To Retaliate, and Targetly Treated Plaintiff DIFFerently in the manner of ENForcing the ruse stripout Policy DIFFerently when Plaintiff was in the same Class-status known By All DeFENDANTS.

66.) COUNT 10. State a "Restatement (2d) of Torts § 317 (1965)" claims Against All DeFeNDANTS, Acting with Deliberate inDIFFerence To PlaintiFFs Health and SAFety, AND reckless Disregard negligence, Being inviolations of Plainti HFFs 8 and 14 Amendments United States Constitutional rights of the Entitlement Due Process Protections Clauses and the Prohibited Clauses. AND Illinois Constitutional rights Article 1. § 1, AND 2

67.) DeFeNDANTS MR. Wills, ms. Hughes, MR. reicherT, Centurion, ms, morris, MR. wine, MR. BerrY, John Doe sergeant "A", and All DeFeNDANTS in Authority responsible and Staff Responsible, have a Employment and State lawful Duties To Exercise reasonable care To Control his and her Staff of All DeFeNDANTS, To PreveNT All DeFeNDANTS From Harming Plaintiff and From But Plaintiff At risk of Bodily Harm

71

intentionally, and 2.) From Defendants conducting them self as to create such, when All Defendants is UPON Defendants I.D.O.C. AND the Authorities Premises or using I.D.O.C. Prison Property, and 3.) and Defendants of Authority MR. Wills, ms. Hughes MR. Reichert, MR. Wine MR. Berry, John Doe sergeant "A", MR. lynch, ms. morris, Centurion, and John Doe's Authorities responsible, knows or has reasons to knows they has the ability to control each Defendant as their staff And knows or should know the necessity and opportunity to exercising such control.

68.) All Defendants MR. Wills ms. Hughes, MR. Berry, Centurion, ms. morris, MR. Wine, John Doe lieutenant, MR. lynch, John Doe sergeant "A", and All Defendants whom have Authority and responsible, MR. Reichert All Breached their Duties Pursuant to of restatement (2d) of torts § 317 (1965) they owed to plaintiff For plaintiffs safety From All Defenants All said actions and motives BY:

69.) A.) Fall and refuse to control All Defendants individually and as a Hole, thus Allowing All Defendants All said actions and motives being carried out as planned.

70.) B.) Fall and refused to stop All Defendants Breach of Duties, Allowing All Defendants to place plaintiff in cell conditions to create and cause plaintiff said harm.

71.) C.) Allowed All Defendants to act on menard and Centurion

72

PRAYER OF RelieF REQUESTED:

1.) For inJUNCtion RelieF ENJOINING All DeFeNDANTS From USING and enForce SAID Policy's AND StripOUT Policy IN SAID MANNeR OF A UNCONSTitutionAl HArm MANNeR and STOP tAKING iNMATe TOiletPAPer HYGien and sheets For Four DAYS 2.) A DetermiNATion DeclAriNG the DeFeNDANTS StripOUT policy Practice and ArBItrAry HOlDing the iNMATeS ON WATCh UNtil they SPeAK to A PsychiATriST BlACKmAil TACtics Practices AND Cell PlAcement Practice Are UNCONStitution 3.) ENter A RestrAiNiNG OrDer AGAiNSt All DeFeNDANTS AND eNJOiN TO BAr All DeFeNDANTS From TrYiNG AND From PlAciNG PlAiNtiFF iN ▨▨▨▨▨ AreA'S GeNerAl PoPulAtioNs and Protective CuStODY where the iNMATeS AND OFFicers threANiNG to Kill and ASSAult PlAiNtiFF AND WAitiNG TO DO SO. 4.) ENter A courtorDer the court Deem ProPer To Remedy redress the CONStitutionAl VSiolAtioNs AND iN PeNDiNG HArmFul CONDitioNs PlAiNtiFF SuFFeriNG iN PlAiNtiFF FAVOr As ADDitioNAl relieF. 5.) OrDer DeFeNDANTS To TrANSFer PlAiNtiFF OUT of meNArD To PreveNT Further harm BY All DeFeNDANTS AND ENSUre PlAiNtiFFS SAFety AND Protection From All DeFeNDANTS ACtioNS threAtS AND iNCluDiNG From DANGer Cell CONDitioNS 6.) ReferrAl PlAiNtiFF iSSUes COMPlAiNT To the FeDerAl AND StAte Police DePArtmeNT For iNveStiGAtion CONSiDerAtion AND DetermiNAtioNS To RemeDY the crimiNAl misCONDuCt eNvolved. 7.) ReWArD the PlAiNtiFF COMPeNSATOry, PuNitive, ACtuAl DAMAGeS, MONeY RelieF AGAiNSt All DeFeNDANTS severAlly AND JOiNtly As lAW AllOWS the AMOUNT DetermiNeD BY A JUry or the EXPert ON MONeY DAMAGeS.

☒ PlAiNtiFF REQUest A JUry TriAl.

AFFiDAViT AND CertiFicAte:
PursuANT To 28 USC 1746, 18 USC 1621, I DeclAre UNDer PeNAlty oF PerJUry All SAiD iN this COMPlAiNT iS True AND Correct BASeD ON MY PersONAl KNOWleDge OF ENvolvemeNT AND BellieF, AND iS COMPeNteNT To SigN AND UNDerstAND this AFFiDAViT AND mADe iN gOOD FAith BellieF hAViNG merits For relieF.

Subscribed and sworn to before me on
3 day of November 20 25
Joseph Reuel Allison
Notary Public

SigN _Gerald Jones_ ON 10-23-25
                        PlAiNtiFF
                        GerAiD JONes, B13486
                        P.O. BOX 1000, meNArD Illinois 62259

OFFICIAL SEAL
JOSEPH REUEL ALLISON
Notary Public, State of Illinois
Commission No. 989938
My Commission Expires
April 26, 2028

75.